UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024
```

ROXANNE DAWSON,

                              Plaintiff,

              -against-

STUDENT LOAN SOLUTIONS, LLC and
ROACH & MURTHA ATTORNEYS AT
LAW, P.C.,

                              Defendants.

1:23-cv-09690-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that in light of Plaintiff's filing of the Amended Complaint [ECF No. 16], the Initial Pretrial Conference scheduled in this matter for February 2, 2024 at 2:00 PM is ADJOURNED pending Defendants' responses to the Amended Complaint.  The Initial Pretrial Conference will be rescheduled at that time.  The parties shall submit an updated joint letter and Proposed Case Management Plan one week in advance of the rescheduled Initial Pretrial Conference.

**SO ORDERED.**

**Date:  January 29, 2024**
**         New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**