UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   23-CV-09690  (MKV)

ROXANNE DAWSON,

       Plaintiff,

                ANSWER TO AMENDED
    -against-          COMPLAINT

STUDENT LOAN SERVICES, LLC and
ROACH & MURTHA ATTORNEYS AT LAW,
P.C.,

       Defendants.

-------------------------------------------------------------------x

ROACH & MURTHA ATTORNEYS AT LAW, P.C. (hereinafter "the Defendant R&M"), a

Defendant named in the above-entitled action, by its attorney, ROBERT L. ARLEO, ESQ., as

and for its Answer to the Plaintiffs' Amended Complaint filed on January 29, 2024 ("hereinafter

Plaintiffs' Amended Complaint") sets forth as follows:.

1.  Deny the allegations set forth in paragraph 1 of the Plaintiff's Amended Complaint to the

extent that said allegations assert that the Defendant R&M and the Defendant Student

Loan Solutions, LLC (hereinafter "SLS") engaged in the unlawful efforts alleged in said

paragraph 1.

2.  In regard to the allegations set forth in paragraph 2 of the Plaintiff's Amended Complaint,

admit that the Plaintiff procured the student loan referenced therein, deny knowledge or

information sufficient to form a belief as to the remaining allegations set forth in said

paragraph 2.

3.  In regard to the allegations set forth in paragraph 3 of the Plaintiff's Amended Complaint

refer to the response to paragraph 3 of the Plaintiff's original Complaint set forth in the

Answer to filed by the Defendant SLS (Dkt. No. 10) and incorporate said response by reference herein as if set forth at length herein.

4. Admit the allegations set forth in paragraph 4 of the Plaintiff's Amended Complaint.

5. Deny the allegations set forth in paragraph 5 of the Plaintiff's Amended Complaint.

6. Admit the allegations set forth in paragraph 6 of the Plaintiff's Amended Complaint only to the extent that the lawsuit referenced therein was filed against the Plaintiff, deny there was/is any problem with the referenced lawsuit.

7. In regard to the allegations set forth in paragraph 7 of the Plaintiff's Amended Complaint, admit that the Defendant SLS purchases student loan debt, deny the remaining allegations set forth in paragraph 7.

8. In regard to the allegations set forth in paragraph 8 of the Plaintiff's Amended Complaint, admit that the lawsuit was discontinued without prejudice, deny the remaining allegations to the extent that said allegations falsely imply that the lawsuit was improperly commenced.

9. In regard to the allegations set forth on paragraph 9 of the Plaintiff's Amended Complaint, admit that the Plaintiff alleges that the Defendants violated the FDCPA and New York General Business Law 349, deny these allegations.

10. Deny the allegations set forth in paragraph 10 of the Plaintiff's Amended Complaint.

11. In regard to the allegations set forth in paragraph 11 and 12 of the Plaintiff's Amended Complaint, leave to the Court all determinations as to jurisdiction and venue, again deny that the Defendant R&M engaged in any wrongful conduct as alleged by the Plaintiff.

12. Admit the allegations set forth in paragraph 13 of the Plaintiff's Amended Complaint.

13. Admit the allegations set forth in paragraph 14 of the Plaintiff's Amended Complaint.

14. The allegations set forth in paragraph 15 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required.

15. The allegations set forth in paragraph 16 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required.

16. The allegations set forth in paragraph 17 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required.

17. The allegations set forth in paragraph 18 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required.

18. The allegations set forth in paragraph 19 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required.

19. Admit the allegations set forth in paragraph 20 of the Plaintiff's Amended Complaint.

20. Admit the allegations set forth in paragraph 21 of the Plaintiff's Amended Complaint.

21. Deny knowledge or information sufficient to forma a belief as to the allegations set forth in paragraph 22 of the Plaintiff's Amended Complaint.

22. Admit the allegations set forth in paragraph 23 of the Plaintiff's Amended Complaint.

23. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 24 of the Plaintiff's Amended Complaint.

24. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 25 of the Plaintiff's Amended Complaint.

25. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 26 of the Plaintiff's Amended Complaint.

26. In regard to the allegations set forth in paragraph 27 of the Plaintiff's Amended Complaint refer to the response to paragraph 22 of the Plaintiff's original Complaint filed by the

Defendant SLS (Dkt. No. 10) and incorporate said response by reference herein as if set forth at length herein.

27. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 28 of the Plaintiff's Amended Complaint.

28. Admit the allegations set forth in paragraph 29 of the Plaintiff's Amended Complaint.

29. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 30 of the Plaintiff's Amended Complaint.

30. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 31 of the Plaintiff's Amended Complaint.

31. Admit the allegations set forth in paragraph 32 of the Plaintiff's Amended Complaint.

32. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 33 of the Plaintiff's Amended Complaint.

33. Deny the allegations set forth in paragraph 34 of the Plaintiff's Amended Complaint.

34. In regard to the allegations set forth in paragraph 35 of the Plaintiff's Amended Complaint refer to the response to paragraph 30 of the Plaintiff's original Complaint set forth in the Answer filed by the Defendant SLS (Dkt. No. 10) and incorporate said response by reference herein as if set forth at length herein and join in the denials referenced therein.

35. In regard to the allegations set forth in paragraph 36 of the Plaintiff's Amended Complaint refer to the response to paragraph 31 of the Plaintiff's original Complaint  as set forth in the Answer filed by the Defendant SLS (Dkt. No. 10) and incorporate said response by reference herein as if set forth at length herein and join in the denials referenced therein.

36. In regard to the allegations set forth in paragraph 37 of the Plaintiff's Amended Complaint refer to the response to paragraph 32 of the Plaintiff's original Complaint  as set forth in

the Answer filed by the Defendant SLS (Dkt. No. 10) and incorporate said response by reference herein as if set forth at length herein and join in the denials referenced therein.

37. Admit the allegations set forth in paragraph 38 of the Plaintiff's Amended Complaint.

38. Admit the allegations set forth in paragraph 39 of the Plaintiff's Amended Complaint.

39. Admit the allegations set forth in paragraph 40 of the Plaintiff's Amended Complaint.

40. Admit the allegations set forth in paragraph 41 of the Plaintiff's Amended Complaint.

41. Admit the allegations set forth in paragraph 43 of the Plaintiff's Amended Complaint.

42. In regard to the allegations set forth in paragraph 44 of the Plaintiff's Amended Complaint, refer to the affidavit referenced therein for the accuracy of said allegations.

43. Deny the allegations set forth in paragraph 45 of the Plaintiff's Amended Complaint.

44. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 46 of the Plaintiff's Amended Complaint.

45. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 47 of the Plaintiff's Amended Complaint other than admit that the Plaintiff filed an Answer to the referenced lawsuit.

46. Admit the allegations set forth in paragraph 48 of the Plaintiff's Amended Complaint.

47. The allegations set forth in paragraph 49 of the Plaintiff's Amended Complaint constitute an alleged statement of law to which no response is required.

48. Admit the allegations set forth in paragraph 50 of the Plaintiff's Amended Complaint.

49. Admit the allegations set forth in paragraph 51 of the Plaintiff's Amended Complaint.

50. Deny the allegations set forth in paragraph 52 of the Plaintiff's Amended Complaint.

51. Admit the allegations set forth in paragraph 53 of the Plaintiff's Amended Complaint.

52. Admit the allegations set forth in paragraph 54 of the Plaintiff's Amended Complaint.

53. Admit the allegations set forth in paragraph 55 of the Plaintiff's Amended Complaint.

54. Deny the allegations set forth in paragraph 56 of the Plaintiff's Amended Complaint.

55. Admit the allegations set forth in paragraph 57 of the Plaintiff's Amended Complaint to the extent that an example was provided, otherwise deny that the Defendants did not provide a copy of the promissory note signed by the Plaintiff.

56. Admit the allegations set forth in paragraph 58 of the Plaintiff's Amended Complaint.

57. Deny the allegations set forth in paragraph 59 of the Plaintiff's Amended Complaint.

58. Admit the allegations set forth in paragraph 60 of the Plaintiff's Amended Complaint.

59. Deny the allegations set forth in paragraph 61 of the Plaintiff's Amended Complaint.

60. Deny the allegations set forth in paragraph 62 of the Plaintiff's Amended Complaint.

61. Admit the allegations set forth in paragraph 63 of the Plaintiff's Amended Complaint.

62. In regard to the allegations set forth in paragraph 64 of the Plaintiff's Amended Complaint, admit that the letter therein was written and sent as described, deny that the statute of limitations had expired and deny that the Defendants did not possess the referenced promissory note.

63. Admit the allegations set forth in paragraph 65 of the Plaintiff's Amended Complaint.

64. Admit the allegations set forth in paragraph 66 of the Plaintiff's Amended Complaint.

65. The allegations set forth in paragraph 67 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required.

66. Deny the allegations set forth in paragraph 68 of the Plaintiff's Amended Complaint.

67. Deny the allegations set forth in paragraph 69 of the Plaintiff's Amended Complaint.

68. Deny the allegations set forth in paragraph 70 of the Plaintiff's Amended Complaint.

69. Deny the allegations set forth in paragraph 71 of the Plaintiff's Amended Complaint.

70. Deny the allegations set forth in paragraph 72 of the Plaintiff's Amended Complaint.

71. Deny the allegations set forth in paragraph 73 of the Plaintiff's Amended Complaint.

72. Deny the allegations set forth in paragraph 74 of the Plaintiff's Amended Complaint.

73. Deny the allegations set forth in paragraph 75 of the Plaintiff's Amended Complaint.

74. In regard to the allegations set forth in paragraph 76 of the Plaintiff's Amended Complaint, refer to the lawsuit referenced therein for the accuracy of said allegations.

75.  Deny the allegations set forth in paragraph 77 of the Plaintiff's Amended Complaint.

76. In regard to the allegations set forth in paragraph 78 of the Plaintiff's Amended Complaint, admit the first two sentences, deny knowledge or information sufficient to form a belief as to the allegations set forth in the third sentence.

77. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 79 of the Plaintiff's Amended Complaint.

78. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 80 of the Plaintiff's Amended Complaint.

79. Deny the allegations set forth in paragraph 81 of the Plaintiff's Amended Complaint.

80. Deny the allegations set forth in paragraph 82 of the Plaintiff's Amended Complaint.

CLASS ACTION ALLEGATIONS

81. The allegations set forth in paragraph 83 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

82. The allegations set forth in paragraph 84 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding,

said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

83. The allegations set forth in paragraph 85 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

84. The allegations set forth in paragraph 86 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

85. The allegations set forth in paragraph 87 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

86. The allegations set forth in paragraph 88 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

87. The allegations set forth in paragraph 89 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

88. The allegations set forth in paragraph 90 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

89. The allegations set forth in paragraph 91 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

90. The allegations set forth in paragraph 92 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

91. The allegations set forth in paragraph 93 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

92. The allegations set forth in paragraph 94 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

93. The allegations set forth in paragraph 95 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding,

said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

94. The allegations set forth in paragraph 96 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

95. The allegations set forth in paragraph 97 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

96. The allegations set forth in paragraph 98 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

97. The allegations set forth in paragraph 99 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

98. The allegations set forth in paragraph 100 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

99. The allegations set forth in paragraph 101 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

100. The allegations set forth in paragraph 102 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

101. The allegations set forth in paragraph 103 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

102. The allegations set forth in paragraph 104 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

103. The allegations set forth in paragraph 105 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

104. The allegations set forth in paragraph 106 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding,

said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

105. The allegations set forth in paragraph 107 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

106. The allegations set forth in paragraph 108 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

107. The allegations set forth in paragraph 109 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

108. The allegations set forth in paragraph 110 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

109. The allegations set forth in paragraph 111 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

110. The allegations set forth in paragraph 112 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

111. The allegations set forth in paragraph 113 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

112. The allegations set forth in paragraph 114 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

113. The allegations set forth in paragraph 115 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

114. The allegations set forth in paragraph 116 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

115. The allegations set forth in paragraph 117 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding,

said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

116. The allegations set forth in paragraph 118 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

117. The allegations set forth in paragraph 119 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

118. The allegations set forth in paragraph 120 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

119. The allegations set forth in paragraph 121 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

120. The allegations set forth in paragraph 122 of the Plaintiff's Amended Complaint constitute an alleged statement of FDCPA law to which no response is required. To the extent t of the Plaintiff's Amended Complaint hat said allegations are set forth to imply that the Defendant R&M violated the FDCPA, deny said allegations.

121. The allegations set forth in paragraph 123 of the Plaintiff's Amended Complaint constitute an alleged statement of FDCPA law to which no response is required. To the extent that said allegations are set forth to imply that the Defendant R&M violated the FDCPA, deny said allegations.

122. The allegations set forth in paragraph 124 of the Plaintiff's Amended Complaint constitute an alleged statement of FDCPA law to which no response is required. To the extent that said allegations are set forth to imply that the Defendant R&M violated the FDCPA, deny said allegations.

123. Deny the allegations set forth in paragraph 125 of the Plaintiff's Amended Complaint.

124. Deny the allegations set forth in paragraph 126 of the Plaintiff's Amended Complaint.

125. Deny the allegations set forth in paragraph 127 of the Plaintiff's Amended Complaint.

126. The allegations set forth in paragraph 128 of the Plaintiff's Amended Complaint constitute an alleged statement of New York General Business Law 349 to which no response is required. To the extent that said allegations are set forth to imply that the Defendant R&M violated New York General Business Law 349, deny said allegations.

127. Deny the allegations set forth in paragraph 129 of the Plaintiff's Amended Complaint.

128. Deny the allegations set forth in paragraph 130 of the Plaintiff's Amended Complaint.

129. Deny the allegations set forth in paragraph 131 of the Plaintiff's Amended Complaint.

130. Deny the allegations set forth in paragraph 132 of the Plaintiff's Amended Complaint.

131. Deny the allegations set forth in paragraph 133 of the Plaintiff's Amended Complaint.

132. The allegations set forth in paragraph 134 of the Plaintiff's Amended Complaint constitute an alleged statement of FDCPA law to which no response is required. To the

extent that said allegations are set forth to imply that the Defendant R&M violated the FDCPA, deny said allegations.

133. The allegations set forth in paragraph 135 of the Plaintiff's Amended Complaint constitute an alleged statement of FDCPA law to which no response is required. To the extent that said allegations are set forth to imply that the Defendant R&M violated the FDCPA, deny said allegations.

134. The allegations set forth in paragraph 136 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

135. The allegations set forth in paragraph 137 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

136. The allegations set forth in paragraph 138 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

137. The allegations set forth in paragraph 139 of the Plaintiff's Amended Complaint constitute an alleged statement of New York General Business Law 349 to which no response is required. To the extent that said allegations are set forth to imply that the Defendant R&M violated New York General Business Law 349, deny said allegations.

138. The allegations set forth in paragraph 140 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

139. The allegations set forth in paragraph 141 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

140. The allegations set forth in paragraph 142 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

141. The allegations set forth in paragraph 143 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

142. The allegations set forth in paragraph 144 of the Plaintiff's Amended Complaint are not directed to the Defendant R&M thus no response thereto is required. Notwithstanding, said allegations are denied to the extent that any of the herein responses are contradicted by said allegations.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

143. The Plaintiff failed to mitigate her alleged actual damages.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

144. The Plaintiff lacks Article III standing in that she did not suffer any injury-in-fact based upon the allegations set forth in her Amended Complaint.

## DEMAND FOR JURY TRIAL

The Defendant R&M invokes its right to trial by jury should any dispositive motion filed by the Defendant R&M fails to succeed in the entirety.

DATED: New York, New York
         February 12, 2024

                                             ROBERT L. ARLEO, ESQ. P.C.

                                        BY: /s/         *Robert L. Arleo*
                                             ROBERT L. ARLEO, ESQ.
                                             1345 Avenue of the Americas
                                             33rd Floor
                                             New York, New York  10168
                                             Phone: (212) 551-1115
                                             Fax: (518) 751-1801
                                             Email: robertarleo@gmail.com
                                             Attorney for the Defendant R&M

TO: All attorneys of record via ECF