

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/6/2024_____

Hon. Mary Kay Vyskocil                                            March 6, 2024
United States District Judge
500 Pearl St.
New York, NY 10007

Re: *Dawson v. Student Loan Solutions, LLC*, et al., No. 23 Civ. 9690 (MKV)

Dear Judge Vyskocil:

I write on behalf of Plaintiff Roxanne Dawson to request an adjournment of the status conference scheduled for April 30, 2024. Undersigned counsel is unavailable to attend on that date due to travel plans during New York City Public Schools' April vacation week. This is Plaintiff's first request for an adjournment.

All Parties consent to this request. The Parties have conferred and all Parties are available for a re-scheduled conference on May 9, 10, and 16.

Thank you for your consideration.

Respectfully submitted,

/s/ Jessica Ranucci
Jessica Ranucci
*Counsel for Plaintiff*

**GRANTED.  The Status Conference scheduled for April 30, 2024 at 10:30 AM is ADJOURNED to May 9, 2024 at 2:00 PM.  One week in advance of the Status Conference, by May 2, 2024, the parties shall submit a joint letter outlining the status of discovery and settlement efforts.  SO ORDERED.**

Date:  _3/6/2024_____
New York, New York                    Mary Kay Vyskocil
                                      United States District Judge