

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2024

Hon. Mary Kay Vyskocil
United States District Judge
500 Pearl St.
New York, NY 10007

May 2, 2024

**Re:** *Dawson v. Student Loan Solutions, LLC*, et al., No. 23 Civ. 9690 (MKV)

Dear Judge Vyskocil:

    I write on behalf of all Parties to request a two-day extension (until Monday, May 6, 2024) of the Parties' deadline to submit their joint letter to the Court in advance of the status conference May 9, 2024. The Parties have been engaged in active discussions over discovery, including today, and believe that this brief extension will give us an opportunity to more effectively crystallize the issues for the Court. This is the Parties' first request for an extension and would not affect any other dates in the case.

    Thank you for your consideration.

Respectfully submitted,

/s/ Danielle F. Tarantolo
Danielle Tarantolo
*Counsel for Plaintiff*

**Granted. SO ORDERED.**

Date: 5/3/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge