UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/9/2024

ROXANNE DAWSON,

                          Plaintiff,

          -against-

STUDENT LOAN SOLUTIONS, LLC and
ROACH & MURTHA ATTORNEYS AT
LAW, P.C.,

                          Defendants.

1:23-cv-09690-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held a discovery and status conference in this action on July 9, 2024.  Following

the matters discussed at the conference, IT IS HEREBY ORDERED that:

1.  Plaintiff shall provide an accounting of her damages to Defendants by July 11, 2024.

2.  The parties shall file a joint status report regarding the status, but not the substance, of

    settlement efforts following their initial conference before Magistrate Judge Wang by

    July 12, 2024.

3.  Plaintiff shall provide to Defendants a list of five dates between July 22 and August 16,

    2024 that Plaintiff is available to sit for her deposition by July 16, 2024.

4.  Within three business days of Plaintiff's provision of her deposition availability,

    Defendants shall confirm the date of Plaintiff's deposition.

5.  Defendant Student Loan Solutions, LLC ("SLS") shall produce all documents in its and

    Williams & Fudge's possession regarding Plaintiff's loan by July 16, 2024.  These

    documents shall include, but are not limited to:

    a.  The unredacted version of Plaintiff's Loan Sale Agreement;

    b.  All emails of SLS's principal relating to Plaintiff's loan; and

    c.  Any additional diligence documents regarding Plaintiff's loan.

6.  The discovery deadline is extended to September 9, 2024.

7.  The Court will schedule a Post-Discovery Conference by separate Order.  All class discovery issues are deferred to the next conference date.

The Clerk of Court respectfully is requested to terminate the motion pending at docket entry 39.


**SO ORDERED.**

**Date:  July 9, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**