```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANNE DAWSON,

                Plaintiff,

-against-

STUDENT LOAN SOLUTIONS, LLC and
ROACH & MURTHA ATTORNEYS AT
LAW, P.C.,

                Defendants.

1:23-cv-09690-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Post-Discovery Conference scheduled for October 8, 2024 at 11:00 AM is ADJOURNED to October 22, 2024 at 11:00 AM. The Conference will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    At least one week in advance of the Conference, by October 15, 2024, the parties shall file a joint letter regarding the status of this case. The letter should include the following information in separate paragraphs:

    a. a statement of any existing deadlines, due dates, and/or cut-off dates;

    b. a brief description of any outstanding motions;

    c. a brief description of the discovery and undertaken if either party believes any additional discovery that needs to be completed;

    d. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

    e. a statement of the anticipated length of trial and whether the case is to be tried to a jury;

  f. a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (see Individual Practice Rules ¶ 4(A)(i));

  g. any other issue that the parties would like to address at the conference; and

  h. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

If no summary judgment motions are anticipated, the Post-Discovery Conference will serve as a Pre-Trial Conference. The parties should be prepared to discuss scheduling of trial and all pre-trial matters.

Any request for an adjournment must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Date: August 5, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2