USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROXANNE DAWSON, <br><br> Plaintiff, <br><br> -against- <br><br> STUDENT LOAN SOLUTIONS, LLC and ROACH & MURTHA ATTORNEYS AT LAW, P.C., <br><br> Defendants. | 1:23-cv-09690-MKV <br><br> **ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court has thoroughly reviewed the parties' submissions related to the privilege dispute before this court, including the original motion to compel, the parties' joint submission of two pages of the document which were publicly filed more than a year ago and relevant deposition transcript excerpts, and the Defendant's October 29, 2024 letter on the subject. [ECF Nos. 65, 71 & 72].

Plaintiff's motion to compel the remainder of the document showing a statute of limitations analysis conducted by Defendant's attorneys is **HEREBY GRANTED.**

**SO ORDERED.**

**Date: January 7, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**