USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROXANNE DAWSON, | |
| Plaintiff, | |
| -against- | 1:23-cv-09690-MKV |
| STUDENT LOAN SOLUTIONS, LLC and ROACH & MURTHA ATTORNEYS AT LAW, P.C., | **ORDER** |
| Defendants. | |

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a joint letter including Defendants' motion to seal certain documents Plaintiff intends to file in her motion for summary judgment and information derived from those documents. [ECF No. 74]. The requests to require such documents to be filed under seal are *provisionally* granted, pending resolution of the parties' motions for summary judgment.

**SO ORDERED.**

**Date: January 8, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**