# EXHIBIT H

**Zimbra**                                    **pchisolm@wfcorp.com**

---

**Personal Business**

---

    **From :** Portia Chisolm                    Wed, Apr 15, 2015 03:00 PM
                 <pchisolm@wfcorp.com>
  **Subject :** Personal Business
       **To :** rdawson845@aol.com

```
K53350
Ms. Roxanne A. Dawson,

 You have a loan balance in my office that is due. It
is my job to locate you and get your intentions so that
my client can make the most educated decision on how
they need to proceed in order to get this balance
resolved. You may contact me directly with your final
intentions or to discuss this matter.

--
Portia Chisolm
803-326-1246  (direct)
803-329-0797, Attn: Portia (fax)
800-849-9791 ext 2246 (toll-free)
```
[www.wfpayaccounts.com](www.wfpayaccounts.com)
```
pchisolm@wfcorp.com


Williams &  Fudge, Inc.
PO Box 11590
Rock Hill, SC  29731

This communication is from a debt collector and is an
attempt to collect a debt.
Any information obtained will be used for that purpose.


The Following Information May Pertain For Your State Of
Residence
```

California:
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Wisconsin:
This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707

Tennessee:
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

Utah:
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described (above).

New York City:
New York City Department of Consumer of Affairs License Number 1074538

Minnesota:
This collection agency is licensed by the Minnesota Department of Commerce

Maine:
Hours of Operation: 8:00 a.m. to 5:00 p.m.

Kansas:
An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been

requested.  You have the right to request additional information, which includes the nature and scope of the investigation

Colorado:

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.

As required by law, you have the right to request in writing that we cease further communication with you.  A written request to cease communication will not prohibit us from taking any other action authorized by law to collect the debt.

Agency Colorado Office:  Colorado Manager, Inc.,80 Garden Center, Suite 3, Broomfield, CO 80020 Tel. (303) 920-4763.

Massachusetts:
NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT.  ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST.  YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

Office Hours:  8:00 a.m. to 5:00 p.m.

North Carolina:
North Carolina Permit: 874

Washington:
This collection agency is licensed in the State of Washington at the following address: 300 Chatham Ave. Rock Hill, SC 29731