# EXHIBIT I



**SLS 547**

# *WILLIAMS & FUDGE, INC.*

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920



SDWILL10
PO Box 1022
Wixom MI  48393-1022

ADDRESS SERVICE REQUESTED

**MAIL ALL CORRESPONDENCE TO:**

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

March 27, 2014

DUN-8       1

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings CO 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

*** Detach Upper Portion And Return With Payment ***

```
CREDITOR                   ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY     999992222              1500.00
SAMPLE STATE UNIVERSITY     12345                  27387.83
SAMPLE STATE UNIVERSITY     BCALD123456            2296.92
SAMPLE STATE UNIVERSITY     123456789              1329.87
                                                   ----------
                                                   32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.  As required by law, you have the right to request in writing that we cease further communication with you. A written request to cease communication will not prohibit us from taking any other action authorized by law to collect the debt.  Agency Colorado Office: Colorado Manager, Inc.,80 Garden Center, Suite 3, Broomfield, CO 80020 Tel. (303) 920-4763.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108

SLS 548



# WILLIAMS & FUDGE, INC.

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

**MAIL ALL CORRESPONDENCE TO:**

March 27, 2014

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8        2

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings CA 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREDITOR                    ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY     999992222               1500.00
SAMPLE STATE UNIVERSITY     12345                  27387.83
SAMPLE STATE UNIVERSITY     BCALD123456             2296.92
SAMPLE STATE UNIVERSITY     123456789               1329.87
                                                 ----------
                                                  32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108

---

Williams & Fudge, Inc. ♦ 300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590 ♦ (803) 329-9791 (800) 849-9791



SLS 549

# WILLIAMS & FUDGE, INC.

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

**MAIL ALL CORRESPONDENCE TO:**

March 27, 2014

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8        3

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings UT 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREDITOR                  ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY   999992222               1500.00
SAMPLE STATE UNIVERSITY   12345                  27387.83
SAMPLE STATE UNIVERSITY   BCALD123456             2296.92
SAMPLE STATE UNIVERSITY   123456789               1329.87
                                                ----------
                                                 32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108

---

Williams & Fudge, Inc. ♦ 300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590 ♦ (803) 329-9791 (800) 849-9791

SLS 550



SDWILL10
PO Box 1022
Wixom MI  48393-1022

ADDRESS SERVICE REQUESTED

# WILLIAMS & FUDGE, INC.

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

**MAIL ALL CORRESPONDENCE TO:**

March 27, 2014

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8        4

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings NY 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

| CREDITOR | ACCOUNT # | AMT OWED |
|---|---|---|
| SAMPLE STATE UNIVERSITY | 999992222 | 1500.00 |
| SAMPLE STATE UNIVERSITY | 12345 | 27387.83 |
| SAMPLE STATE UNIVERSITY | BCALD123456 | 2296.92 |
| SAMPLE STATE UNIVERSITY | 123456789 | 1329.87 |
| | | ---------- |
| | | 32514.62 |

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

New York City Department of Consumer Affairs License Number: <u>1074538</u>

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.



1SDWILL108

---

Williams & Fudge, Inc. ♦ 300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590 ♦ (803) 329-9791 (800) 849-9791

SLS 551



SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

# WILLIAMS & FUDGE, INC.

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

**MAIL ALL CORRESPONDENCE TO:**

March 27, 2014

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8        5

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings MO 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREDITOR                    ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY     999992222               1500.00
SAMPLE STATE UNIVERSITY     12345                  27387.83
SAMPLE STATE UNIVERSITY     BCALD123456             2296.92
SAMPLE STATE UNIVERSITY     123456789               1329.87
                                                 ----------
                                                  32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108



SLS 552

# *WILLIAMS & FUDGE, INC.*

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

SDWILL10
PO Box 1022
Wixom MI  48393-1022

ADDRESS SERVICE REQUESTED

March 27, 2014

DUN-8      6

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings MN 65610-1111

**MAIL ALL CORRESPONDENCE TO:**

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

| CREDITOR | ACCOUNT # | AMT OWED |
|---|---|---|
| SAMPLE STATE UNIVERSITY | 999992222 | 1500.00 |
| SAMPLE STATE UNIVERSITY | 12345 | 27387.83 |
| SAMPLE STATE UNIVERSITY | BCALD123456 | 2296.92 |
| SAMPLE STATE UNIVERSITY | 123456789 | 1329.87 |
| | | ---------- |
| | | 32514.62 |

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

This collection agency is licensed by the Minnesota Department of Commerce.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

1SDWILL108

 

---

Williams & Fudge, Inc. ♦ 300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590 ♦ (803) 329-9791 (800) 849-9791

SLS 553



# WILLIAMS & FUDGE, INC.

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

SDWILL10
PO Box 1022
Wixom MI  48393-1022

ADDRESS SERVICE REQUESTED

**MAIL ALL CORRESPONDENCE TO:**

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

March 27, 2014

DUN-8       7

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings WI 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

| CREDITOR | ACCOUNT # | AMT OWED |
|---|---|---|
| SAMPLE STATE UNIVERSITY | 999992222 | 1500.00 |
| SAMPLE STATE UNIVERSITY | 12345 | 27387.83 |
| SAMPLE STATE UNIVERSITY | BCALD123456 | 2296.92 |
| SAMPLE STATE UNIVERSITY | 123456789 | 1329.87 |
| | | ---------- |
| | | 32514.62 |

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

**This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.**

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108

SLS 554



# *WILLIAMS & FUDGE, INC.*

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920



SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

**MAIL ALL CORRESPONDENCE TO:**

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

March 27, 2014

DUN-8        8

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings TN 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREDITOR                 ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY   999992222              1500.00
SAMPLE STATE UNIVERSITY   12345                 27387.83
SAMPLE STATE UNIVERSITY   BCALD123456            2296.92
SAMPLE STATE UNIVERSITY   123456789              1329.87
                                              ----------
                                               32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108



SLS 555


# WILLIAMS & FUDGE, INC.

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

March 27, 2014

**MAIL ALL CORRESPONDENCE TO:**

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8        9

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings ME 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREDITOR                   ACCOUNT #            AMT OWED
SAMPLE STATE UNIVERSITY    999992222             1500.00
SAMPLE STATE UNIVERSITY    12345                27387.83
SAMPLE STATE UNIVERSITY    BCALD123456           2296.92
SAMPLE STATE UNIVERSITY    123456789             1329.87
                                               ----------
                                                32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

Hours of Operation: 8:00 a.m. to 5:00 p.m.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.



1SDWILL108

---

Williams & Fudge, Inc. ♦ 300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590 ♦ (803) 329-9791 (800) 849-9791



SLS 556

SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

# *WILLIAMS & FUDGE, INC.*

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

March 27, 2014

**MAIL ALL CORRESPONDENCE TO:**

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8      10

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings KS 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREDITOR                    ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY     999992222               1500.00
SAMPLE STATE UNIVERSITY     12345                  27387.83
SAMPLE STATE UNIVERSITY     BCALD123456             2296.92
SAMPLE STATE UNIVERSITY     123456789               1329.87
                                                 ----------
                                                  32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested.  You have the right to request additional information, which includes the nature and scope of the investigation.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108

---

Williams & Fudge, Inc.  ♦  300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590  ♦  (803) 329-9791 (800) 849-9791

SLS 557



# *WILLIAMS & FUDGE, INC.*

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791
TTY: 1-866-220-2920

SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

**MAIL ALL CORRESPONDENCE TO:**

March 27, 2014

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8        11

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings MA 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREDITOR                  ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY   999992222               1500.00
SAMPLE STATE UNIVERSITY   12345                  27387.83
SAMPLE STATE UNIVERSITY   BCALD123456             2296.92
SAMPLE STATE UNIVERSITY   123456789               1329.87
                                                ----------
                                                 32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

**NOTICE OF IMPORTANT RIGHTS**
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT.  ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST.  YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
Office Hours: 8:00 a.m. to 5:00 p.m.

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108

---

Williams & Fudge, Inc.  ♦  300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590  ♦  (803) 329-9791 (800) 849-9791



SLS 558

# *WILLIAMS & FUDGE, INC.*

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791     1-800-849-9791
TTY: 1-866-220-2920

SDWILL10
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

**MAIL ALL CORRESPONDENCE TO:**

March 27, 2014

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

DUN-8        12

Bill Caldwell
300 Chatham Avenue
Suite 101
Billings NC 65610-1111

Williams & Fudge, Inc. Consumer ID #:  885995
Amount In Collection: $32514.62
Williams & Fudge, Inc. Pin #:: 41716922

---

***Detach Upper Portion And Return With Payment***

```
CREATOR                    ACCOUNT #              AMT OWED
SAMPLE STATE UNIVERSITY    999992222               1500.00
SAMPLE STATE UNIVERSITY    12345                  27387.83
SAMPLE STATE UNIVERSITY    BCALD123456             2296.92
SAMPLE STATE UNIVERSITY    123456789               1329.87
                                                 ----------
                                                  32514.62
```

We were retained by the above creditor to collect the total amount from you in connection with a delinquent account(s).

There have been many attempts to contact you in an effort to discuss this debt.  We want to find a way to work with you in order to clear this outstanding balance.  As of this date we have not been able to discuss the above account with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s).  You may contact my office at the extension below or communicate with me via my email address below with your intentions.  If you prefer a call, write below a phone number where you may be reached and a time that you will be available to discuss the above account(s).

Williams & Fudge, Inc.
B Duenkel
(803) 326-1154
Bduenkel@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

North Carolina Permit: 874

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client.  If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment.  We will attempt to contact you to secure an alternate method of payment.  Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

 

1SDWILL108

SLS 559

| Consumer Information | |
|---|---|
| Williams & Fudge, Inc. Consumer ID # | «Insert10» |
| Williams & Fudge, Inc. Pin # | «INSERT2» |
| Amount Due for Accounts Listed Below | «Clientinsert10» |

**WILLIAMS & FUDGE, INC.**
300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-551-5772
TTY: 1-866-220-2920

date

**Account(s) Details**

«Insert29»
«INSERT30»
«INSERT31»
«INSERT32»
«INSERT33»
«INSERT34»
«INSERT35»
«INSERT36»
«INSERT37»
«INSERT38»
«INSERT39»
«Clientinsert10»

We represent the above creditor(s) to collect the total amount from you in connection with a delinquent debt.

The signer of this note has not made satisfactory arrangements for this outstanding balance. As a co-signer, you are equally responsible.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Williams & Fudge, Inc.
«Insert3»
«Insert4»
«insert5»

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

| As a convenience we provide multiple methods for payment of the above balance. |
|---|
| **Online/Mobile App Payments** |
| www.wfpayaccounts.com |
| ElectronicChecks (ACH), Visa, Master Card, and Discover |
| You may also view account information at our website by selecting the "Check Balance" option. |
| **Pay by Phone** |
| «Insert3»    «Insert4»    «insert5» |
| ElectronicChecks (ACH), Visa, Master Card, and Discover |
| **Pay by Mail** |
| Williams & Fudge, Inc. |
| P.O. Box 11590 |
| Rock Hill, SC 29731-1590 |
| **Note: Payment by debit/credit card is not allowed by every Williams & Fudge, Inc. client. If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment. We will attempt to contact you to secure an alternate method of payment. Please contact us prior to attempting a credit card payment if you have any questions or concerns.** |

402TTWILL11E

SLS 560

REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

SEE OTHER SIDE FOR OPENING INSTRUCTIONS

SEE OTHER SIDE FOR OPENING INSTRUCTIONS

TTWILL11
PO Box 1281
Oaks PA  19456-1281
ADDRESS SERVICE REQUESTED

PRESORT
FIRST CLASS MAIL
US POSTAGE PAID
DPCH

«LETTERCODE»          «IMBSERIALNUMBER»
«IMB»
«FullName»
«AttnLine»
«Address1»
«Address2»
«City» «State» «ZipCode»-«ZipPlus4»

↓ TO OPEN THIS SIDE, SLIDE FINGER UNDER THIS EDGE ↓