# EXHIBIT J

CONSUMER EMAIL: rdawson845@aol.com

EMAIL PROCESSING TIMESTAMP: 2016-05-30 11:00:03

2632186
Hi Mrs. Dawson,

 We are contacting you and Isaiah Dawson on behalf of Bank of America regarding your educational loan SL732493850 in the amount of $48,351.77.
Roxanne, your balance listed is due and no payments have been received within the last 45 days. Have you or Isaiah's plans to pay your loan via payments changed?

_____
___

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

PORTIA CHISOLM
8033261246        (direct)
(803) 329-0797 ATTN: PORTIA CHISOLM (fax)
(800) 551-5772 (toll-free)
www.wfpayaccounts.com
Williams & Fudge, Inc.
PO Box 11590
Rock Hill, SC  29731

_____
___

New York City Department of Consumer Affairs License Number: 1074538

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15

U.S.C.   1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: a) the use or threat of violence; b) the use of obscene or profane language; and c) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI); 2. Social security; 3. Public assistance (welfare); 4. Spousal support, maintenance (alimony) or child support; 5. Unemployment benefits; 6. Disability benefits; 7. Workers' compensation benefits; 8. Public or private pensions; 9. Veterans' benefits; 10. Federal student loans, federal student grants, and federal work study funds; and 11. Ninety percent of your wages or salary earned in the last sixty days.