# EXHIBIT K

## Settlement and Payment Guidelines

### Purpose

The purpose of this policy is to define the guidelines for offering and accepting settlement and payment arrangements for Williams & Fudge, Inc. and/or its employees.

### Scope

This policy includes in scope:

- All Williams & Fudge, Inc. employees.

### Policy

Williams & Fudge, Inc. strives to ensure all consumers receive equitable treatment when being offered settlement and/or payment options.  All offers of settlement or payment arrangements shall:

- Not overshadow the Validation Period;
- Not be offered as a "one time only/take-it-or-leave-it" opportunity (for example: implying that the ability to settle the account may not be available to the consumer in the future unless specifically restricted by the client);
- Not imply that any specific arrangement is the only option and that alternate payment arrangements (terms or payment methods) are not available to the consumer unless specifically restricted by the client; and
- Include a disclosure advising the consumer that the debt is out of statutes when applicable (the disclosure shall include any required state specific language).

#### Payments

Williams & Fudge, Inc. representatives shall initially request that the consumer pay the full balance due. If the consumer is unable to pay the full amount, a mutually agreed upon payment arrangement shall be negotiated to resolve the debt in a reasonable period of time, which may include:

- A down payment followed by regular payments;
- Regular payments;
- A settlement (provided settlements are accepted by the client); and/or
- A temporary hardship payment to be reviewed regularly to help the consumer resolve the debt in a reasonable period of time.

#### Settlements

The authorization to settle an account is dictated by the client.  Prior to accepting any settlement payment, written client approval (documented and scanned to the consumer account) is required for any settlement that is not within the client's authorized settlement guidelines.

When the consumer is unable to pay the full balance due in a reasonable period of time and settlement authorization exists, the account representative shall offer the consumer the greater of:

- A settlement amount of 80% of the total balance due; or
- The minimum settlement amount authorized by the client.

### *Consumer Makes a Settlement Offer that is Greater than 80%*

If the consumer makes a settlement offer that is greater than 80% of the total balance due or the minimum settlement amount authorized by the client (whichever is greater) prior to the account representative presenting a settlement offer to the consumer, the account representative shall:

- Accept the consumer's offer; and
- Not attempt to negotiate a higher amount.

### *Consumer is Unable to Pay the Initial Settlement Offer*

If the consumer is unable to pay the initial settlement offer, the account representative shall:

- Solicit a counteroffer from the consumer; and
- Negotiate a mutually agreed upon settlement (within the client's authorized settlement guidelines).

### *Consumer's Counteroffer is not within the Client's Authorized Settlement Guidelines*

If the consumer's counteroffer is not within the client's authorized settlement guidelines, the account representative shall:

- Review the consumer's counteroffer with a member of Collection Management; and
- The account shall be documented by a member of Collection Management as having reviewed the counteroffer.

### *Consumer is Unable to Settle the Account within the Client's Authorized Settlement Guidelines*

If the consumer is unable to settle the account within the client's authorized settlement guidelines:

- The consumer's settlement offer may be forwarded to the client for consideration (based on the client's requirements for settlement offers outside of the authorized settlement guidelines); or
- The account representative shall continue negotiation with the consumer to reach a mutually agreed upon resolution.

### *Blind Settlement Notices*

Blind notices suggesting a settlement may be available on an account shall only be sent to the consumer when:

- The client has provided prior settlement authority; and
- The W/O Approval settlement percentage as noted in the Settlement Module in DM9 is less than 100.00%.

SLS196

## Ramifications

Violation of this policy is considered a major Non-Conformity.