# EXHIBIT M

### Collection Notice Restrictions

All outgoing mail shall be limited to the preapproved collection notices generated within the collection software.  When mailing any documents to a consumer, an authorized third-party, or a consumer's attorney, the documentation shall be accompanied by the preapproved enclosure notice.

Account representatives shall not mail any correspondence other than the preapproved collection notices.  Account representatives may send preapproved collection notices generated within the collection software provided:

- No collection notice is sent during the validation period (thirty days from the day the validation notice is sent), unless it is to resend a validation notice;
- The consumer has not disputed the debt, with the exception of providing validation documentation (see Disputes);
- The consumer is not protected by the stay of collections in an active bankruptcy;
- The consumer is not represented by an attorney (see Attorney Representation);
- The consumer has not requested a cease & desist of all communication;
- The consumer's account is not on a collection hold;
- No correspondence is sent to the consumer's place of employment; and
- A minimum of 30 days has elapsed from the date that the previous collection notice was sent.

### Envelope Restrictions

All collection notices sent regarding a consumer account shall be sent in approved envelopes that:

- Do not use any language or symbol, other than the company's address, that indicates that the account representative is in the debt collection business or that the communication relates to the collection of a debt;
- Do not contain any instructions, comments, or additions to the approved envelope;
- Do not disclose the company name; and
- Do not disclose any account number or reference number.

If a collection notice must be sent manually with a handwritten address:

- The envelope shall comply with all of the envelope restrictions above;  and
- The envelope shall contain only the consumer's, authorized third-party's, or the consumer's attorney's name and address.

### Incoming Mail

All incoming mail from a regulatory body, attorney, third-party, or a consumer that is related to a consumer's account shall be sorted and distributed daily, processed timely, and scanned to the system of record.

### Incoming Mail Sorting

Incoming mail shall be sorted daily as follows:

- Mail is transported from the post office to the mail room by one of the designated individuals or is received directly at the office of Williams & Fudge, Inc.;
- Mail is opened with no less than two of the designated individuals present in the mail room which is monitored by a security camera; and
- Mail is sorted by department and/or the intended recipient and then is placed in the corresponding mailbox for retrieval.

### *Incoming Mail Distribution and Processing*

To ensure timely processing and any required follow up, incoming mail shall be distributed and processed daily as follows:

- Any correspondence received containing a payment instrument shall be forwarded to Accounting for processing and if applicable the correspondence is forwarded to Compliance or to the team leader for distribution to the appropriate account representative;
- Any mail from a regulatory body, a complaint, or an attorney pertaining to litigation, is forwarded to the Compliance department for processing and to be scanned to the system of record;
- Team leaders shall retrieve and distribute consumer mail daily to the intended receiver to process and scan to the system of record; and
- In the event that the intended receiver is absent, the team leader or an account representative designated by the team leader shall process and scan the consumer mail to the system of record.

Any correspondence received disputing the debt shall be handled according to the Dispute policy (see Disputes).

## Ramifications

Violation of this policy is considered a major Non-Conformity.