# EXHIBIT N

W&F Call with Isaiah Dawson: 3/26/2018

**WF** – W&F caller Beth Logan

**IS** – Isaiah Dawson


**ID**: Hello?

**WF**: Hello, is this Isaiah Dawson?

**ID**: Yes.

**WF**: Hey, Mr. Dawson. My name is Beth Logan. I am calling from a recorded line. I'm with Williams & Fudge, Inc. and I'm calling on behalf of Student Loan Solutions. This is regarding, uh, um, loan that you co-signed for, it was originally obtained through Bank of America.

**ID**: Okay.

**WF**: Okay. And this is a communication from a debt collector, and it is an attempt to collect a debt. Any information obtained will be used for that purpose. Now, you co-signed on this loan for Roxanne Dawson.

**ID**: Roxanne Dawson?

**WF**: Yes.

**ID**: Roxanne?

**WF**: Yes.

**ID**: [unintelligible]

**WF**: I'm sorry?

**ID**: Roxanne? Oh, oh, yeah, yeah, yeah. I remember. Okay.

**WF**: Okay,  the current balance on this is $48,351.77.

**ID**: So that mean... she's not paying the loan?

**WF**: No, she's not. We haven't...we tried to get in touch with her but haven't had any luck, so I needed to reach out to you and see how you'd like to get this resolved.

**ID**: Oh boy. $48!

**WF**: I'm sorry, I'm having a hard time hearing you.

**ID**: Yeah, because I'm driving. It's $48,000?

**WF**: Uh-huh.

**ID**: Oh my god. Phew. Well, um, I'm trying to get in touch with her right now myself because she used to live with me, but she don't live with me anymore—

**WF**: —Is she your daughter?

**ID**: Yes, she's my daughter. Oh boy. What can I do? What can I... oh boy oh boy. We have to probably work out a payment plan, because $48,000, I'm an old man now and I ain't got that kind of money. But because she has not paid and I am the co-signer, I have to try to work out something until she decides to start pay. But I don't know. What can you do, what can we work out?

**WF**: Now, if we were able to get a settlement approved for you and you'd take care of this at a lesser amount, would you be able to do that?

**ID**: Okay, so, will the settlement mean I have to pay one time?

**WF**: I'm sorry?

**ID**: Will the settlement have to pay one time?

**WF**: I'm sorry?

**ID**: No I'm asking, if you get a settlement...

**WF**: Uh-huh?

**ID**: [unintelligible]

**WF**: I can't hear you, sir, you're going in and out.

**ID**: What I'm saying... [unintelligible] Does a settlement have to pay in full?

**WF**: It just depends. I mean, we can... typically you have about 30 days to get the balance taken care of.

**ID**: 30 days?

**WF**: Mhm. That's once it's approved. I have to see if there's a settlement amount that can be approved.

**ID**: There is no way I could pay that amount in 30 days.

**WF**: I'm sorry?

**ID**: There is no way I could pay the settlement in 30 days. There is no way I could do that, honestly.

**WF**: Well, that's what I'm saying. If we were able to get a settlement approved for you, what amount would be realistic for you?

**ID**: Oh boy, honestly I can't give you a figure. I can't give you a number right now. Because I don't have it like that, honestly.

**WF**: Let me just, before you get disconnected because you're going in and out. Is this the best number to reach you at?

**ID**: Yes, yes, yes.

**WF**: Okay. And if I call this number again and can't reach you, do I have your permission to leave a voicemail disclosing information about this debt?

**ID**: Yes, yes.

**WF**: Okay, and, your mailing address…?

**ID**: It's 1063 226th St Bronx,New York 10466

**WF**: Okay, and what about an email address?

**ID**: Um, Isaiahdawson57@gmail.com

**WF**: Okay, so your first and last name 57 at gmail.com?

**ID**: That's correct.

**WF**: And do I have your permission to send emails disclosing information about this debt?

**ID**: Yes.

**WF**: Okay. Alright. Now, I can try to get a 50% settlement approved for this. The total would be $24,175.89.

**ID**: Okay, uh huh.

**WF**: Which would save you a great deal of money, um, but if that is approved, would you be able to obtain the funds to satisfy that amount?

**ID**: In full?

**WF**: The $24,175.89.

**ID**: There is no way I could find that amount one time. There is no way I could do that, really. Honestly. There is no way. Okay, it is really hard to talk right now because I am driving, and I am on speaker. So, will you call me back about 6 o'clock this afternoon?

**WF**: I won't be available at that time this afternoon. However, I will be available at that time tomorrow.

**ID**: Yes, call me back at that time tomorrow and let's talk about it.

**WF**: Okay, I'll give you a call at 6pm tomorrow evening.

**ID**: Okay.

**WF**: Thank you.

**ID**: You're welcome.

W&F Call with Isaiah Dawson: 8/8/2018

**WF** – W&F caller Beth Logan

**IS** – Isaiah Dawson

**ID**: Hello?

**WF**: Hello, is this Isaiah Dawson?

**ID**: Yes.

**WF**: Hey, Isaiah. My name is Beth Logan. How are you?

**ID**: Okay.

**WF**: Good. Um, I am calling from a recorded line. I'm with Williams & Fudge, Inc. and I'm calling on behalf of Student Loan Solutions—

**ID**: —Okay. I called... I called the other day to speak with somebody about this. Uh—

**WF**: I'm sorry?

**ID**: I did call the other day, because I received a letter in the mail, but uh, I didn't get no... Okay, go ahead.

**WF**: Okay. I do have to state that this is a communication from a debt collector, and it is an attempt to collect a debt. Any information obtained will be used for that purpose. Um, and this was a loan originally with BOA. You co-signed for RD.

**ID**: Okay, yes.

**WF**: And the current balance is $48,351.77.

**ID**: $48,000!

**WF**: I'm sorry?

**ID**: No, I'm saying, $48,000?

**WF**: Mhm. $48,351.77.

**ID**: Oh! So she hasn't paid none on that loan then?

**WF**: No.

**ID**: Wow.. Oh shite.

**WF**: No, and I mean, we, at this point, we've made attempts to contact her. We haven't been able to get in touch with her. I mean, when she went to obtain the loan, she wasn't credit worthy, and the bank deemed you credit worthy. I mean, at this point, we need to know how this is going to be taken care of.

**ID**: Oh boy. Whew. $48,000. [sigh]. I know I haven't seen her in months. I don't know where she's at. Oh boy, oh boy. So, um give me your advice. What can I do?

**WF**: Well, I mean, at this point, I mean, you know, I understand $48,000, that's a lot of money. Um. If you are not able to pay that balance in full, we can work out a payment arrangement for you. I'd be willing to see about a possible settlement that would allow you to pay the balance at a lesser amount, and have it removed from collections, and be taken care of. It's just up to you at this point.

**ID**: Okay, well give me an offer, so I know, how can I work this out, how can I do it? Because I really do not have a lot of money, you know what I mean?

**WF**: Mhm.

**ID**: So, if we can come to, set up a payment plan or something, but um, that's, I don't know. I don't know. Tell me, tell me what can you do for me? This is terrible. I don't know.

**WF**: Okay, now as far as, let's see. I'm just looking over some notes here. Now we can, I mean my client is willing to settle this. We can settle this for as low as, um, 50% of the balance. So, it'd be $24,175.89.

**ID**: Okay. So, um, what kind of payment plan can you set up for that? For $24,000.

**WF**: Okay, now, I mean, with the settlement. If you wanted to make payments on the settlement, we would have to see what could be approved as far as a payment arrangement. Because typically with any settlement offers, you have 30-60 days to take care of that amount.

**ID**: I could not come up with that money in that time period. I could never find that money like that, honestly.

**WF**: Mkay. Then, what we can do is work on a payment arrangement on the current balance, the $48,351.77.

**ID**: So how much would you work that down to a month? [sigh]

**WF**: Now, are you in a position to put, to make a down payment towards that amount?

**ID**: Not, not at this right moment, not right now, not before a month, not right now.

**WF**: Mhm.

**ID**: Not right now.

**WF**: If you were able to come up with a 25% down payment.

**ID**: 25%? That would be like, how much?

**WF**: That would be $12,087.94.

**ID**: No, miss. No, ma'am. I'd have to say no. I don't have that type of money.

**WF**: Okay, I mean, that would get you, that would allow to spread the balance out over a longer period of time and get you lower monthly payments. Now, I mean, without a down payment, we are kind of limited to how long we can stretch this out. Now, so, without a down payment, you would be looking at a 36-month payment arrangement. That would put your payments at $1,343.10.

**ID**: Ooh. [unintelligible] With an extra thousand dollars a month. That would drive me crazy. That definitely would drive me crazy. Oh boy. [sigh] That definitely… Honestly, I can't handle that [unintelligible]. I can't handle so much. I cannot handle so much. I cannot.

**WF**: And what are you… I mean, what are you looking for with this?

**ID**: Honestly, to be truthful right now, with all my bills I have right now… I drive a cab, I drive a taxi. Right? So, with that amount of bills, I don't think I could come up with more than $500 a month. That's the only, that's, that's where I could really stand to handle that. And each month if I can find more than $500, [unintelligible], but I could never come up with $400 and $500 a month right now.

**WF**: And at that, I mean, that amount would be feasible with the down payment.

**ID**: With a down payment, which I don't have. Which honestly, I do not have.

**WF**: And what about, I mean, do you have, I mean, there is an option of obtaining a personal loan for that down payment.

**ID**: Because I can't get a personal loan, because of this! I have no credit, you know what I mean. My credit has been messed up because of her, with this. I have no credit.

**WF**: Mhm.

**ID**: I got no credit because of what she made happen to me. So, I can't get a personal loan.

**WF**: Do you have any funds saved up that you could use as a down payment?

**ID**: Right now, whatever I have is actually in my wife's name. I mean, no. Everything is just in my wife's name. I ain't got nothing on the side for myself right now.

**WF**: Now, your wife, would she be willing to assist you with this?

**ID**: Um, I don't think so. Honestly. No way. Because, I asked her for a simpler thing than that and she refused.

**WF**: She refused to help you before?

**ID**: Yes, for a simple thing. I asked her to buy a car, and she refused. So, for her to pay $12,000? No. Honest, I know her, she ain't going to do it.

**WF**: Mhm. I mean, would she be willing to help you with a lesser amount for a down payment?

**ID**: I would have to ask her. I would have to try. She would.

**WF**: Mhm.

**ID**: But honestly, there's no guarantee with her, because, knowing her [sigh], oh boy.

**WF**: Who is... Roxanne, is that your daughter?

**ID**: Yeah, that's my daughter! My daughter.

**WF**: And you haven't seen her in months?

**ID**: In months now! I haven't seen her in months. I don't know if she's working, I don't know if she's in jail, I don't know where she's at. She was living back with us, then she left. I haven't seen her in months, no body heard from her.

**WF**: Yeah.

**ID**: I have no number, the last number I had for her, I called her, it disconnected. I didn't hear from her. Her brother said, you haven't heard from her? I don't know exactly where she's at. If she's in jail, or whatever. I think she lost her job. She was a [unintelligible] nurse. I don't think she's working, because I heard that she was locked up one time. So maybe she lost her license. Maybe she's in jail right now.

**WF**: Oh goodness. Why would she put you in this situation?

**ID**: You know, honest, that's a question. I don't know an answer for that right now. She is a wicked child. You have a child, and you try to help them and this is what happens.

**WF**: Mhm.

**ID**: It's almost time for me to retire now, I am 63 years old, and Saturday came in. And look what I've found myself in because of her. She was in a position to take care of it. [sigh]

**WF**: Okay. Alright. Let me, um. I've been looking over some stuff here. I mean, we can, what I'd be willing to do. I can spread this out, I mean the furthest I can go is 63 months. And that's going to put your payments, no down payment, but you're going to be looking at monthly payments of $767 and some change.

**ID**: $767... no down payment. Oh boy. Oof. That is really a lot for me. Honestly. It is definitely a lot. And could it go a little further for me? Could you search a little more, so I can try to pay a little less?

**WF**: I'm sorry.

**ID**: Could you spread it a little further for me so I could pay a little less? Because, $700 a month right now is really tight. 63 months. That's really tight for me. Could you spread it a little further?

**WF**: Now, do you see your situation changing any time soon? Are you going to be freed up of some of the bills you are currently paying, are you going to have stuff paid off any time soon?

**ID**: Honestly, no. No. No.

**WF**: Why don't we do this. Why don't you take, you can take the evening, we can touch base tomorrow. Look over some finances. Discuss this with your wife. See if, you know, what can be done. Maybe when you explain to your wife that this is now in collections, she'd be willing to help you with a down payment. Then we can touch base tomorrow and go from there.

**ID**: Okay, I'll see what happens. I'll talk to her tonight.

**WF**: Now, what is a good time for you and I to touch base tomorrow?

**ID**: 4 o'clock tomorrow would be good.

**WF**: And this is the best number to reach you at?

**ID**: Yes, this is my cell number.

**WF**: And do you still receive your mail at the East 226 St address?

**ID**: That's correct, yes.

**WF**: So what I'm going to do is put a hold on this account until tomorrow at 4pm, and then I'll contact you and touch base and we will go from there. Okay?

**ID**: Okay.

**WF**: But I will have to hear back from you tomorrow.

**ID**: Yes, I'll do. Okay.

**WF**: Alright, thank you.

**ID**: You're welcome.

**WF**: Have a good day.

**ID**: You too.

W&F Call with Isaiah Dawson: 1/24/2019

**WF** – W&F caller Beth Logan

**IS** – Isaiah Dawson

**ID**: Hello?

**WF**: Hello, is this Isaiah Dawson?

**ID**: Yes?

**WF**: Hey, Isaiah. This is Beth Logan. I am calling from a recorded line. I'm with Williams & Fudge, Inc. and I need to follow up with you regarding an account you have with Student Loan Solutions. This is for the educational loan you co-signed for Roxanne Dawson.

**ID**: Okay.

**WF**: Okay, and this is a communication from a debt collector, and it is an attempt to collect a debt. Any information obtained will be used for that purpose. And, uh, the current balance due is $48,351.77.

**ID**: Wow. Hello?

**WF**: Yes.

**ID**: And that means she hasn't been paying nothing on the loan?

**WF**: No, she hasn't. Um, you and I both spoke back in August and discussed a monthly payment arrangement. You stated that you needed to discuss this with your wife and we were supposed to touch base the next day, but I never heard from you and I haven't been able to get in touch with you since. I need to know how you would like to get this resolved.

**ID**: Oh boy, I mean I don't know honestly. What's the best payment plan you can set up for me? I'm in a steady job right now, I mean but, something's got to be paid some how, so what's the best payment plan you can set up for me?

**WF**: I mean, that depends, what kind of down payment can you put towards this?

**ID**: Oh boy. Down payment..

**WF**: Mhm.

**ID**: Oh boy. Aye, aye, aye. Honestly, at this moment, I don't have no down payment. Because, I talked to my wife about giving me some, you know, a loan, so I can start a

payment plan with it, and she said she don't have it. [sigh] I don't know. I don't have a down payment at this moment.

**WF**: Okay. I mean, so, what we had previously discussed in August was a 63 month payment arrangement, putting the monthly payments at $767.48.

**ID**: That's too much for me, honestly. I can't handle that. I cannot handle $6-700 a month. I honestly cannot handle $700 a month. I can't. I can't handle $700.

**WF**: Okay, so what kind of payments are you looking for?

**ID**: You said that would be 63 months right?

**WF**: And?

**ID**: And, what if you doubled that to 126? And cut the payment in 2?

**WF**: So, you could pay half of that amount?

**ID**: I'll try my best. Honestly, I'll try my best.

**WF**: Okay, now have you and your wife, have y'all discussed the option of obtaining a personal loan? That would allow you to have this, pay off the balance that's here in collections and have it removed from our office?

**ID**: Um, she said she's not getting into it.

**WF**: She's not... I'm sorry?

**ID**: She's not getting into it right now.

**WF**: Mhm.

**ID**: So, she say I'm on my own with it. And, because of this, my credit is not good, so I can't even put my credit on a loan paper, nothing, because of the student loan messed up. My credit is very bad. So, I could just have to try to work and make some payments.

**WF**: I mean, if we were able to get a settlement approved for you, would your wife be willing to help you obtain the funds for a settlement amount?

**ID**: I don't think so. I asked her several times and she did not respond to me. So. I don't, no. She will not.

**WF**: And the reason why I ask, at this point, the furthest we could spread the balance is 80 months. That would reduce your payments to $604.40.

**ID**: I'm trying to explain to you, madam. I cannot handle those types of payments right now. I cannot. It's too much for me. And my daughter, 7 months, I haven't heard a word. I called the number I have for her several times, and she don't even respond. I don't know where she's at.

**WF**: Right, I understand that. But Mr. Dawson, this is a loan. I mean. This was originally with Bank of America, and Roxanne was not credit worthy, um, so you were deemed credit worthy so that she could obtain the funds. With that, you took on the responsibility of the debt. It's now in collections.

**ID**: Okay.

**WF**: As soon as the balance was placed here in our office, I mean my client requested that the balance be paid in full. So, me being willing to work out a payment arrangement with you and get these approved, that's... what we can do.

**ID**: [sigh] Man, the only thing I can do, I can set up a payment plan. And that's the only thing I can do. I don't have no money like that. I'm not making enough money to come up with $600 a month, $700 a month. I don't have that type of payment plan.

**WF**: And your wife, she is not willing to even help you with the monthly payments?

**ID**: No. She's [unintelligible].

**WF**: And you haven't discussed this with Roxanne at all?

**ID**: I tried to reach her, but no response from her.

**WF**: Well that...

**ID**: Last week, I sent her a text and no response from her.

**WF**: And you didn't see her over the holidays?

**ID**: I haven't seen her in the last 6 months.

**WF**: Well, I mean, prior to that, that's been 6 months, has she any explanation as to why she's put you in this position?

**ID**: Because she is wicked. That's it. She is a wicked young lady. That's why.

**WF**: Well, I mean at this point, I mean, like I said, without a down payment, the furthest we can spread the balance out would be the 80 months. If you need lower payments, we would have to, you would have to look into options to obtain a down payment.

**ID**: And, what down payment are you asking for?

**WF**: It would be 25% of the current balance.

**ID**: And that would be?

**WF**: That would be $12,087.94.

**ID**: Nope. I don't have that. I don't have that. I don't have that. [sigh] And you cannot go lower, higher than 80 months? You cannot go higher than that?

**WF**: Hold on one second. Let me see if I can get that extended for you. [pause] Okay, Mr. Dawson?

**ID**: Hello?

**WF**: Yes, hello?

**ID**: I'm here.

**WF**: Okay, so I was able to get this extended through 90 months. That's going to lower your payments, and this is the furthest we can go without a down payment, that would lower your payments to $537.24. And that's with the speculation [sic] that your first payment is receipt applied to the account by the end of this month.

**ID**: What date is it today?

**WF**: Today is the 24th.

**ID**: Okay.

**WF**: Okay?

**ID**: Okay.

**WF**: Will you be able to do that?

**ID**: I'll try. Honestly, I'll try.

**WF**: Okay. Now, we have to set up post-dated electronic payments.

[explaining and setting up electronic payments: 11:34 – 13:20]

**WF**: If we have a payment that's declined, our system will delete all future post-dated payments. At that point, the balance will be due in full.

[continuing to set up electronic payments: 13:30 – 18:10]

**ID**: Okay, and what's your name again?

**WF**: Beth Logan.

**ID**: Okay, and um, one more thing. Do you have the account for the loan? I don't have it. Do you have the account?

**WF**: For?

**ID**: For the loan.

**WF**: Yeah, well, the only account that we're handling is the account we are discussing now.

**ID**: Yes, I don't have the account number. Do you have it?

**WF**: Okay, at this point, you have the consumer ID number. Are you ready? It's ██2186.

**ID**: ██2186.

**WF**: Yes. Alright.

**ID**: Okay.

**WF**: Well, thank you very much and you have a good day.

**ID**: You too.