# EXHIBIT O

# Statute of Limitations – Collecting Time-Barred Debt

## Purpose

The purpose of this policy is to define the requirements for Williams & Fudge, Inc.'s employees related to the collection of debts that are older than the applicable statute of limitations (time-barred debt).

## Scope

This policy includes in scope:

- All Williams & Fudge, Inc. employees.

## Policy

State law determines how long a Non-Federal debt is enforceable in a court of law. An "out-of-statute" or "time barred" debt is one the creditor, debt collector, and/or debt buyer may no longer recover through the process of litigation.  The length of statutes varies by state, generally ranging from three (3) to ten (10) years.

### Identifying an Out-of-Statute Account

In order to ensure compliance with all applicable state laws and any client requirements, Williams & Fudge Inc. shall perform a daily scan to identify any account that is beyond the statute of limitations. When an account is identified as "out-of-statute," depending on applicable state law and/or client requirements, the account shall:

- Be closed and returned to the creditor as being "out-of-statute;"
- Transferred to the Statute of Limitations (SOL) unit for special handling only by collection management when a specific verbal disclosure is required by state law; or
- Remain in active collection units, absent any legal remedies or the communication thereof.

### Specific State Requirements for Out-of-Statute Accounts

Depending on the jurisdiction in which the consumer resides, Williams & Fudge, Inc. may attempt to collect an out-of-statute debt.

### *Collection Activity Prohibited*

When collection activity is prohibited by state law, Williams & Fudge, Inc. shall close and return the account to the creditor as being "out-of-statute."  The states prohibiting collection activity on "out-of-statute" debt include:

- Maryland;
- Mississippi – applies to private debts not state, political subdivisions, or municipal corporations;
- North Carolina – applies to purchased debts; and
- Wisconsin.

All out-of-statute account closes are communicated to the client via:

- Standard monthly account close reporting; and/or
- Client-specific procedures.

### *Written Disclosures Required*

When specific written disclosures are required by state law, all outbound written communication regarding the "out-of-statute" account shall contain the required disclosures (see State Text for Notices). The jurisdictions requiring specific disclosures to be included with all written communication include:

- California;
- Connecticut;
- New York State;
- New York City;
- Yonkers, New York;
- Massachusetts;
- New Mexico; and
- West Virginia.

### *Verbal Disclosures Required*

When specific verbal disclosures are required by state law, all verbal communication discussing the "out-of-statute" account shall include the required disclosures (see Out of Statute Scripts).

Once identified by the daily scan, the account shall be moved to the Statute of Limitations (SOL) unit for special handling only by collection management.

The jurisdictions requiring specific disclosures to be included in verbal communications discussing the account include:

- Massachusetts;
- New Mexico;
- New York State; and
- New York City.

### *States With No Additional Restrictions*

In the majority of states, the expiration of the statute of limitations only extinguishes a debt collector's right to take legal action to recover the debt; it does not eliminate a debt collector's right to pursue payment of unpaid debts. Therefore, in most states, a debt collector is free to request payment on an unpaid account even if the statute of limitations has expired, provided the debt collector does not threaten legal action.

### Reopen Requirements for Out-of-Statute Accounts

When authorized by the client, an out-of-statute account may be reopened for active collection activity provided:

- The account does not meet the requirements to be transferred to the SOL unit; and

- The collection of the debt is not prohibited by state law.

## Regulatory Updates

All state specific regulatory updates shall be handled in accordance with the Regulatory Change Control policy (see Regulatory Change Control).

## Ramifications

Violation of this policy is considered a major Non-conformity.