# EXHIBIT P

CONFIDENTIAL SLS 538

## 100.55 WFI Policy – Statute of Limitations (Time Barred Debt)

## Statute of Limitations – Collecting Time-Barred Debt

### Purpose

The purpose of this policy is to define the requirements for Williams & Fudge, Inc.'s employees related to the collection of debts that are older than the applicable statute of limitations (time-barred debt).

### Scope

This policy includes in scope:

- All Williams & Fudge, Inc. employees.

### Policy

State law determines how long a Non-Federal debt is enforceable in a court of law. An "out-of-statute" or "time barred" debt is one the creditor, debt collector, and/or debt buyer may no longer recover through the process of litigation.  The length of statutes varies by state, generally ranging from three (3) to ten (10) years.

#### Identifying an Out-of-Statute Account

In order to ensure compliance with all applicable state laws and any client requirements, Williams & Fudge Inc. shall perform a daily scan to identify any account that is beyond the statute of limitations.  When an account is identified as "out-of-statute," depending on applicable state law and/or client requirements, the account shall:

- Be closed and returned to the creditor as being "out-of-statute;"
- Transferred to the Statute of Limitations (SOL) workgroup for special handling by only collection management who shall provide any applicable specific verbal disclosures depending on state law; or
- Remain in active collection units, absent any legal remedies or the communication thereof.

Accounts in the SOL workgroup shall only be worked by members of collection management and shall not be worked by account representatives.

#### Account Transfers out of the SOL Workgroup

Accounts in the SOL workgroup shall remain in the SOL workgroup and are not eligible for transfer to the workgroup of an account representative.  If a payment results in the tolling of the Statute of Limitations, the account shall:

- Be reviewed by a member of Application Services; and
- Moved to the 01 workgroup if necessary.

CONFIDENTIAL SLS 539

### Statute of Limitations Date and Default Date Changes

Generally, the Date of Default, which is used to calculate the Statute of Limitations Date, is received from the creditor at the time of placement and shall not be changed manually. If necessary, the Default Date or Statute of Limitations Date may only be changed by a member of Application Services when:

- A written request from the creditor has been received to update the Default Date; and
- A member of Application Services has thoroughly reviewed the request.

### Specific State Requirements for Out-of-Statute Accounts

Depending on the jurisdiction in which the consumer resides, Williams & Fudge, Inc. may attempt to collect an out-of-statute debt.

#### *Collection Activity Prohibited*

When collection activity is prohibited by state law, Williams & Fudge, Inc. shall close and return the account to the creditor as being "out-of-statute." The states prohibiting collection activity on "out-of-statute" debt include:

- Mississippi – applies to private debts not state, political subdivisions, or municipal corporations;
- North Carolina – applies to purchased debts; and
- Wisconsin.

All out-of-statute account closes are communicated to the client via:

- Standard monthly account close reporting; and/or
- Client-specific procedures.

#### *Written Disclosures Required*

When specific written disclosures are required by state law, all outbound written communication regarding the "out-of-statute" account shall contain the required disclosures (see State Text for Notices). The jurisdictions requiring that specific statutory mandated disclosures be included with all written communication include:

- California;
- Connecticut;
- Washington DC;
- New York State;
- New York City;
- Yonkers, New York;
- Massachusetts;
- New Mexico;
- Texas; and

2

CONFIDENTIAL SLS 540

- West Virginia.

### *Verbal Disclosures Required*

When specific verbal disclosures are required by state law, all verbal communication discussing the "out-of-statute" account shall include the required disclosures (see <u>Out of Statute Scripts</u>).

Once identified by the daily scan, the account shall be moved to the Statute of Limitations (SOL) unit for special handling by only collection management.

The jurisdictions requiring specific disclosures to be included in verbal communications discussing the account include:

- Massachusetts;
- New Mexico;
- New York State; and
- New York City;
- West Virginia.

### *States With No Additional Restrictions*

In the majority of states, the expiration of the statute of limitations only extinguishes a debt collector's right to take legal action to recover the debt; it does not eliminate a debt collector's right to pursue payment of unpaid debts. Therefore, in most states, a debt collector is free to request payment on an unpaid account even if the statute of limitations has expired, provided the debt collector does not threaten legal action.  However, if a settlement offer is provided, WFI must include the OOS disclosure.

### Reopen Requirements for Out-of-Statute Accounts

When authorized by the client, an out-of-statute account may be reopened for active collection activity provided:

- The account does not meet the requirements to be transferred to the SOL unit; and
- The collection of the debt is not prohibited by state law.

### Regulatory Updates

All state specific regulatory updates shall be handled in accordance with the Regulatory Change Control policy (see <u>Regulatory Change Control</u>).

## Ramifications

Violation of this policy is considered a major Non-conformity.

| VERSION HISTORY | | | | |
|---|---|---|---|---|
| **VERSION** | **APPROVED BY** | **REVISION DATE** | **DESCRIPTION OF CHANGE** | **AUTHOR** |
| 1 | Chris Ruh | 12/2/2014 | Created | Williams & Fudge, Inc. |

CONFIDENTIAL SLS 541

| VERSION HISTORY | | | | |
|---|---|---|---|---|
| VERSION | APPROVED BY | REVISION DATE | DESCRIPTION OF CHANGE | AUTHOR |
| 2 | Chris Ruh | 2/17/2021 | Reviewed for Compliance | Williams & Fudge, Inc. |
| 3 | Adam Parham | 3/8/2024 | Annual Review, updated format | Frost Echols, LLC |

4

CONFIDENTIAL SLS 542

## 100.13 WFI - Policy and Procedure – Settlement of Debt and Payment Guidelines

### Policy

It is Williams & Fudge, Inc.'s (WFI) policy to accurately document and handle all account settlements and payments in compliance with creditor directions, the FDCPA, and applicable state laws.

WFI shall strictly follow the procedure set forth herein regarding the settlement of debts.

Williams & Fudge, Inc. strives to ensure all consumers receive equitable treatment when being offered settlement and/or payment options.  All offers of settlement or payment arrangements shall:

- Not overshadow the Validation Period;
- Not be offered as a "one time only/take-it-or-leave-it" opportunity (for example: implying that the ability to settle the account may not be available to the consumer in the future unless specifically restricted by the client);
- Not imply that any specific arrangement is the only option and that alternate payment arrangements (terms or payment methods) are not available to the consumer unless specifically restricted by the client; and
- Include a disclosure advising the consumer that the debt is out of statutes when applicable (the disclosure shall include any required state specific language).

### Payments

Williams & Fudge, Inc. representatives shall initially request that the consumer pay the full balance due.  If the consumer is unable to pay the full amount, a mutually agreed upon payment arrangement shall be negotiated to resolve the debt in a reasonable period of time, which may include:

- A down payment followed by regular payments;
- Regular payments;
- A settlement (provided settlements are accepted by the client); and/or
- A temporary hardship payment to be reviewed regularly to help the consumer resolve the debt in a reasonable period of time.

CONFIDENTIAL SLS 543

## Procedure

### I.    Purpose

The purpose of this procedure is to provide instructions for handling settlement in full of a debt for an amount that is less than the original amount owed to the creditor.

### II.    Scope

This procedure applies to negotiation, review, approval, processing and reporting of settlement payments.

### III.    Departments Responsible for Implementation

Collections
Management
Client Services
Accounting
Information Systems

### IV.    General

The authorization to settle an account is dictated by the creditor client.  Prior to accepting any settlement payment, written client approval (documented and scanned to the consumer account) is required for any settlement that is not within the client's authorized settlement guidelines.

When the consumer is unable to pay the full balance due in a reasonable period of time and settlement authorization exists, the account representative shall offer the consumer the greater of:

- A settlement amount of 80% of the total balance due; or
- The minimum settlement amount authorized by the client.

### V.    Procedure

5.0    Collectors will:

5.0.1    Negotiate offers from consumers to settle accounts for less than the total balance owed

5.0.2    Determine if the offer for settling an account is acceptable considering:

5.0.2.1    Amount offered is within the Client's settlement guidelines

2

CONFIDENTIAL SLS 544

    5.0.2.2      Consumer's financial situation warrants a discount of the debt

    5.0.2.3      Amount offered is within the company's settlement guidelines

5.0.3    Notify management to obtain approval for the settlement amount

5.0.4    Finalize approved settlement amounts and due date of payment with the consumer

5.0.5    Notate consumer account with the agreed settlement payment arrangement

5.0.6    Notify consumer of any non-approved settlement offers

## 5.1    Specific Settlement Scenarios:

*Consumer Makes a Settlement Offer that is Greater than 80%*

If the consumer makes a settlement offer that is greater than 80% of the total balance due or the minimum settlement amount authorized by the client (whichever is greater) prior to the account representative presenting a settlement offer to the consumer, the account representative shall:

- Accept the consumer's offer; and

- Not attempt to negotiate a higher amount.

*Consumer is Unable to Pay the Initial Settlement Offer*

If the consumer is unable to pay the initial settlement offer, the account representative shall:

- Solicit a counteroffer from the consumer; and
- Negotiate a mutually agreed upon settlement (within the client's authorized settlement guidelines).

*Consumer's Counteroffer is not within the Client's Authorized Settlement Guidelines*

If the consumer's counteroffer is not within the client's authorized settlement guidelines, the account representative shall:

- Review the consumer's counteroffer with a member of Collection Management; and
- The account shall be documented by a member of Collection Management as having reviewed the counteroffer.

3

CONFIDENTIAL SLS 545

*Consumer is Unable to Settle the Account within the Client's Authorized Settlement Guidelines*

If the consumer is unable to settle the account within the client's authorized settlement guidelines:

- The consumer's settlement offer may be forwarded to the client for consideration (based on the client's requirements for settlement offers outside of the authorized settlement guidelines); or
- The account representative shall continue negotiation with the consumer to reach a mutually agreed upon resolution.

*Blind Settlement Notices*

Blind notices suggesting a settlement may be available on an account shall only be sent to the consumer when:

- The client has provided prior settlement authority; and
- The Without Approval settlement percentage as noted in the Settlement Module in the collection software is less than 100.00%.

5.2    Management will:

5.2.1    Review all Review all settlement requests and determine if:

5.2.1.1    Amount offered is within the Client's settlement guidelines

5.2.1.2    Consumer's financial situation warrants a discount of the debt

5.2.1.3    Amount offered is within the company's settlement guidelines

5.2.2    Approve settlements that are warranted by the consumer's financial situation and are within the preapproved client and company parameters

5.2.3    Notify Client Services for approval of any settlements where the consumer's financial situation warrants a discount in the debt and the offer is less than the preapproved client parameters

5.2.4    Notify Collections of approved or unapproved settlement offers

5.3    Client Services will:

5.3.1    Contact the client for approval of any settlement offers that are below the client's pre-approved settlement parameters

5.3.2    Notate consumer account with the client's response and any settlement agreement terms

4

CONFIDENTIAL SLS 546

5.4    Accounting will:

5.4.1    Notify management of any settlement payments received on accounts that have not been approved for settlement

5.4.2    Properly apply all settlement payments to the accounts with approved settlement agreements and within the agreed terms

5.4.3    Ensure remaining amount is written off and the account is closed to prevent any further collection activity

5.5    Information Systems will:

5.5.1    When required, report settlement information to the client in accordance with the client's expected reporting format.

## VI.    RECORDS

All settlement records will be maintained on the consumer account in the collection system

## VII.    RAMIFICATIONS

Violation of this Policy and Procedure is considered a major non-conformity.

| VERSION HISTORY | | | | |
|---|---|---|---|---|
| VERSION | APPROVED BY | REVISION DATE | DESCRIPTION OF CHANGE | AUTHOR |
| 1 | Chris Ruh | 5/31/2021 | Created | The Echols Firm, LLC |
| 2 | Chris Ruh | 1/10/2023 | Added detailed instructions to Procedure | Frost Echols, LLC |
| 3 | Chris Ruh | 2/16/2024 | Reviewed for Compliance and revised Policy section | Frost Echols, LLC |
| 4 | Adam Parham | 2/27/2024 | Annual Review | Frost Echols, LLC |