# EXHIBIT Q

SLS 441

Primary Obligors:       DAWSON, ROXANNE A
Secondary Obligors:     DAWSON, ISAIAH
State:                  NY
Account Number:         ███3850



- **Total Principal Amount of Note** *(Original Loan Amount + Loan Origination Fee)*: $33519.55

- **Number of Installments Per Note:** 240

- **First Installment Payment Due:** 2010-12-09

- **Final Installment Payment Due:** 2030-11-09

- **Obligor's state is NY. The SOL in NY is 3 years for this loan.**

- **Expected Acceleration Notice Date:** 2021-12-01

- **Expected Complaint Filing Date:** 2022-03-09

- **Date 3 Years Prior to the Expected Filing Date:** 2019-03-09

- **Time Period within the Statute of Limitations:** 2019-03-09 to 2030-11-09

- **Number of Installments within the Statute of Limitations:** 141

- **Number of Installments outside the Statute of Limitations:** 99

- **Original Monthly Installment Payment Schedule Per Note:** 240 PAYMENTS OF $519.51

- **Monthly Installment Reflecting Principal Only** *(Total Principal Amount of Note ÷ Number of Installments Per Note - rounded down to the nearest cent)*: $139.66

**Accelerated Balance Due as of Expected Complaint Filing Date:**
*(Monthly Installment Reflecting Principal Only × Number of Installments within the Statute of Limitations)*
**$19692.06**