# EXHIBIT R

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index Number:
Our File No. 2022-0066

-------------------------------------------------------------------X

Student Loan Solutions, LLC

**SUMMONS**
**Consumer Credit Transaction** 10465

PLAINTIFF,

Plaintiff's Address
707 Landfall Drive
Rockhill, SC 29732

~AGAINST~

Roxanne A Dawson

Defendant's Address
Roxanne A Dawson
1063 E 226th St Fl 2
Bronx, NY 10466

DEFENDANT (S)

FEE PAID

-------------------------------------------------------------------X

The basis of the venue designated is: defendant(s) place of
residence: BRONX County

NOV 0 7 2022

CIVIL COURT
BRONX COUNTY

To the above named Defendant(s)

**YOU ARE HEREBY SUMMONED,** and required to appear in this action in the CIVIL COURT OF THE CITY OF NEW YORK of the County of BRONX, at the office of the clerk of the said Court at 851 Grand Concourse Bronx, NY 10451 in the County of BRONX State of New York, by serving an answer to the annexed complaint upon plaintiff's attorney at the address stated below, or if there is no attorney, upon the plaintiff at the address stated above, within the time provided by law as noted below.  Upon your failure to answer, judgment will be taken against you for the sum of $18,574.78 plus post-judgment interest at the statutory rate, together with the costs and disbursements of this action.

DATED:      Farmingdale, New York
            10/21/2022

RECEIVED

NOV 0 3 2022

CIVIL COURT
BRONX COUNTY

By:_____

Timothy J. Murtha, Esq.
Roach & Murtha Attorneys at Law, P.C.
Attorneys for Plaintiff
500 Bi County Blvd Suite 475
Farmingdale, NY 11735
Telephone #: (516) 346-5400

ORIGINAL

NOTE: The Law or rules of court provide that:

If this summons is served by its delivery to you, or (for a corporation) an agent authorized to receive service, personally within the County of BRONX State of New York, you must appear and answer within TWENTY days after such service; or

If this summons is served by delivery to any person other than you personally or (for a corporation) an agent authorized to receive service personally, or is served outside the county of BRONX or by publication, or by any other means other than personal delivery to you, or (for a corporation) an agent authorized to receive service personally, within the County of BRONX you are allowed THIRTY days after proof of service is filed with the Clerk of this Court within which to appear and answer.

You are required to file a copy of your answer together with proof of service with the Clerk of the Court in which the action is brought within TEN days of the service of the answer.

**WE ARE DEBT COLLECTORS- THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION WILL BE USED FOR THAT PURPOSE.**

PLAINTIFF000002

URT OF THE CITY OF NEW YORK
OF BRONX

-----------------------------------------------------------------------X

Student Loan Solutions, LLC

INDEX NUMBER:
Our File No. 2022-0066

PLAINTIFF,

~AGAINST~

**VERIFIED COMPLAINT**
**CONSUMER CREDIT TRANSACTION**

Roxanne A Dawson

DEFENDANT(S)

-----------------------------------------------------------------------X

Plaintiff, by its attorneys, Roach & Murtha Attorneys at Law, P.C., hereby complains of the Defendant(s) as follows:

1. Plaintiff is a foreign limited liability company authorized to do business in the State of New York. Plaintiff's New York City Department of Consumer Affairs license number is 2068248-DCA

2. That the Defendant(s) resides in the county in which this action is brought; or that the Defendant(s) transacted business in person or through an agent within the county in which this action is brought and that the instant cause of action arose out of said transaction.

3. Defendant(s) entered into an accelerated student loan promissory note on 11/29/2007 with Bank of America, N.A. to borrow money and/or have credit extended identified by loan number XXXXXXXX3850, which money and/or credit was to be repaid by Defendant(s) in monthly installments plus interest, and which loan Bank of America, N.A. assigned all rights contained therewith for good and valuable consideration to Student Loan Solutions, LLC.

4. The date of the last payment Defendant(s) made on the account was on or about 04/11/2013 in the amount of $188.40.

5. On or about 10/31/2017, Plaintiff bought and was assigned this debt and all rights contained therewith for good and valuable consideration from Bank of America, N.A.

**FOR A FIRST CAUSE OF ACTION**
**BREACH OF CONTRACT**

6. Plaintiff repeats each and every allegation set for above.

7. That heretofore, Defendant(s) entered into an accelerated student loan promissory note with original creditor Bank of America, N.A.

8. Plaintiff and its predecessors duly performed all conditions on its part under the agreement.

9. Upon information and belief, Defendant(s) defaulted on payments and pursuant to the terms of the agreement now owes a balance of $18,574.78 no part of which has been paid despite due demand thereof.

10. 11. An itemization of the amount sought is as follows:

|  |  |  |
|---|---|---|
| i. | Principle | $18,574.78 |
| ii. | Finance Charge or Charges | $0 |
| iii. | Fees Imposed by the Original Creditor | $0 |
| iv. | Collection Costs | $0 |
| v. | Attorney's Fees | $0 |
| vi. | Interest | $0 |
| vii. | Any Other Fees and Charges | $0 |

PLAINTIFF000003

## FOR A SECOND CAUSE OF ACTION
## UNJUST ENRICHMENT

11. Plaintiff repeats each and every allegation set forth above.

12. By reason of the foregoing — including Defendant(s) breaching the accelerated student loan promissory note, and failing and refusing to repay Plaintiff and its predecessors despite due demands, and after all payments, credits and offsets —Defendant(s) has profited and enriched themselves unjustly at the expense of and to the detriment of the Plaintiff and its predecessors, to the extent of $18,574.78, and it is against equity and good conscience to allow Defendant(s) to retain for themselves monies that rightfully belong to the Plaintiff and its predecessors.

WHEREFORE, the Plaintiff, Student Loan Solutions, LLC, demands judgment against the Defendant(s) Roxanne A Dawson    on the First and Second Causes of Action in the amount of $18,574.78, plus post-judgment interest at the statutory rate, together with costs and disbursements of the within action.

DATED:        Farmingdale, New York
              10/21/2022

                                          By:_____
                                          Timothy J. Murtha, Esq.
                                          License#2025270-DCA
                                          Roach & Murtha Attorneys at Law, P.C.
                                          Attorneys for Plaintiff
                                          500 Bi County Blvd Suite 475
                                          Farmingdale, NY 11735
                                          Telephone #: (516) 346-5400

PLAINTIFF000004

Attorneys for Plaintiff

STATE OF NEW YORK, COUNTY OF SUFFOLK

The undersigned, an attorney at law and the Plaintiff's attorney, affirms the following to be true under the penalty of perjury: the foregoing complaint is true to my knowledge, except as to matters stated to be on information and belief, and as to those, I believe them to be true. The reason I am making this verification is I have all salient business records in my possession and have reviewed the same and/or the plaintiff does not have offices in the county where I maintain my office.

Attorney Signature: _____

Attorney Name (Print): _Timothy Murtha, Esq._____

Sworn to before me this
10/21/2022

_____
Notary Public

Cynthia J. Argueta
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AR6412308
Qualified in Nassau County
Commission Expires December 28, 2024

PLAINTIFF000005