# EXHIBIT S

Civil Court of the City of New York
County of Bronx

Index No: **CV-010465-22/BX**

STUDENT LOAN SOLUTIONS, LLC
                    -against-
ROXANNE A DAWSON

**ANSWER IN PERSON**
**CONSUMER CREDIT TRANSACTION**

Defendant, ROXANNE A DAWSON, at 1063 E 226TH ST FL2, Bronx, NY 10466, answers the Complaint as

**Dated : 01/17/2023**
*(Check all that apply)*

1 _____ General Denial: I deny the allegations in the complaint

**SERVICE**

2 _____ I did not receive a copy of the summons and complaint

3 _____ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4 _____ I do not owe this debt

5 _____ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 _____ I have paid all or part of the alleged debt.

7 _____ I dispute the amount of the debt.

8 _____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 _____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 _____ Plaintiff does not allege a debt collection license number in the Complaint.

11 **X** Statute of Limitations ( the time has passed to sue on this debt.)

12 _____ The debt has been discharged in bankruptcy.

13 _____ The collateral (property) was not sold at a commercially reasonable price.

14 _____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 _____ Violation of the duty of good faith and fair dealing.

16 _____ Unconscionability (the contract is unfair.)

17 **X** Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 _____ Defendant is in the military.

19 _____ Other:

**OTHER**

20 _____ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM**

21 _____ Counterclaim(s): $ _____   Reason:

**This case is scheduled to appear on the calendar as follows:July 11, 2023 in Part 11C - Consumer Debt-SRL-Non-Jury, Room 504 at 9:30 AM**
**You must appear and bring this notice with you.**

Both sides notified: _____

To:

ROACH & MURTHA ATTORNEYS AT LAW, P.C.
500 BI COUNTY BLVD SUITE 475
Farmingdale, NY 11735

**FILED**

JAN 17 2023
CIVIL COURT
BRONX COUNTY

PLAINTIFF000008