# EXHIBIT T

| | |
|---|---|
| Williams & Fudge, Inc. Consumer ID # | 3170566 |
| Williams & Fudge, Inc. Pin # | 6758 |
| Amount Due for Accounts Listed Below | $15,167.37 |

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791   1-800-551-5772
TTY: 1-866-220-2920

Exhibit A-1
(p. 1)

November 12, 2017

**Account(s) Details**

| Creditor | Account # | Amount Owed |
|---|---|---|
| STUDENT LOAN SOLUTIONS, LLC | SL732438743 | 15,167.37 |
| | | $15,167.37 |

Student Loan Solutions, LLC purchased the above referenced account(s) from Bank of America, NA on October 31, 2017.

We were hired by Student Loan Solutions, LLC to collect the amount owed.

In order to clear the outstanding account(s), you may contact the undersigned, or send the balance due to the above-referenced office address. If your account(s) is currently in repayment, your payment schedule will remain intact and your obligation will continue to be satisfied as previously agreed.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Student Loan Solutions, LLC may request this account(s) be reported to a National Credit Reporting Agency within 60 days from the date of this letter. Only debts within seven (7) years of the date of delinquency are reported to a National Credit Reporting Agency.

Williams & Fudge, Inc.
L Jones
803-366-1664
Ljones@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

**As a convenience we provide multiple methods for payment of the above balance.**

**Online/Mobile App Payments**
www.wfpayaccounts.com
ElectronicChecks (ACH), Visa, Master Card, and Discover
You may also view account information at our website by selecting the "Check Balance" option.

**Pay by Phone**
L Jones   803-366-1664   Ljones@wfcorp.Com
ElectronicChecks (ACH), Visa, Master Card, and Discover

**Pay by Mail**
Williams & Fudge, Inc.
P.O. Box 11590
Rock Hill, SC 29731-1590

Note: Payment by debit/credit card is not allowed by every Williams & Fudge, Inc. client. If you attempt to pay your debt with a credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment. We will attempt to contact you to secure an alternate method of payment. Please contact us prior to attempting a credit card payment if you have any questions or concerns.

402TTWILL11J2

PLAINTIFF000762

Exhibit A-1
(p.2)

REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

SEE OTHER SIDE FOR OPENING INSTRUCTIONS

SEE OTHER SIDE FOR OPENING INSTRUCTIONS

TTWILL11
PO Box 1281
Oaks PA 19456-1281
ADDRESS SERVICE REQUESTED

PRESORT
FIRST CLASS MAIL
US POSTAGE PAID
DPCH

J2       570416506
Sarah Cornett
3751 Appian Way Apt 110
Lexington KY 40517-5907

↓ TO OPEN THIS SIDE, SLIDE FINGER UNDER THIS EDGE ↓

PLAINTIFF000763