# EXHIBIT U

SLS 044

12/02/21


STUDENT LOAN SOLUTIONS, LLC
CHRISTOPHER P. RUH
707 LANDFALL DRIVE
ROCK HILL, SC 29732-9437


RE: Approval to Initiate Litigation

| | |
|---|---|
| Primary Obligors: | DAWSON, ROXANNE A |
| Secondary Obligors: | DAWSON, ISAIAH |
| Primary Number: | ▆2186 |
| Secondary Number: | ▆8033 |
| Account Number: | ▆3850 |
| Current Balance: | $19692.06 |


This letter serves as official authorization for Williams & Fudge, Inc. to process the above referenced consumer's account(s) to an attorney on behalf of the undersigned.

To expedite the legal proceedings against the consumer, the following documents are enclosed:
1. Executed and notarized account statement;
2. Promissory note and/or any written agreement with the consumer;
3. Account ledger (for general receivable accounts);
4. Original repayment schedule;
5. Advanced court cost is applicable

Creditor understands that litigation involves risk. Therefore, the institution/creditor shall bear the risks, costs, and potential attorney's fees associated with any counterclaim asserted by the consumer. Any costs, fees, interests, or other amounts being claimed as due and owing by the institution/creditor is accurate, legal, and reasonable based upon the applicable law and the contractual relationship between the consumer and the institution/creditor.


encls.

12/6/2-
(DATE)


(Christopher P. Ruh / General Manager)
For: STUDENT LOAN SOLUTIONS, LLC.