# EXHIBIT X

SDWILL10
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

## WILLIAMS & FUDGE, INC.

300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791     1-800-849-9791
TTY: 1-866-220-2920

September 11, 2013

N55996-1

Tameeka L Colon
540 E 169th St Apt 15b
Bronx NY 10456-2653

**MAIL ALL CORRESPONDENCE TO:**

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

Account #:
Amount Owed: $43374.19
Pin #:     51143278

***Detach Upper Portion And Return With Payment***

| CREDITOR | ACCOUNT # | AMT OWED |
|---|---|---|
| BANK OF AMERICA, N.A. | | 43374.19 |

We have been retained by the above creditor to collect the total amount from you in connection with a delinquent educational debt.

In order to clear this outstanding debt, we suggest that you contact the undersigned with respect to a full resolution, or send the balance in full to the above office.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Williams & Fudge, Inc.
Z Butts
(803) 326-5032
Zbutts@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

*** PLEASE SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR RIGHTS. ***

2SDWILL101

Williams & Fudge, Inc. ♦ 300 Chatham Ave., P.O. Box 11590  Rock Hill, SC 29731-1590 ♦ (803) 329-9791 (800) 849-9791

PLAINTIFF000755

Case 1:23-cv-09690-MKV     Document 85-24     Filed 01/15/25     Page 3 of 6

New York City Department of Consumer Affairs License Number: 1074538

As a convenience we provide alternative methods for payment of the above balance. Alternative methods to pay include electronic checks (ACH), check over the phone, Visa, Master Card, and Discover. Payment by credit card is not allowed by every Williams & Fudge, Inc. client. If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment. We will attempt to contact you to secure an alternate method of payment. Please contact us prior to attempting a credit card payment if you have any questions or concerns.

Both the phone number and email address of the debt collector handling your account is provided in the body of this letter. Payment may also be made on our Internet website at http://www.wfpayaccounts.com. You may also view account information at our website by selecting the "Check Balance" option.

PLAINTIFF000756

E-FILED; Anne Arundel Circuit Court
Docket: 11/17/2020 11:47 PM; Submission: 11/17/2020 11:47 PM

# <u>Exhibit A</u>

PLAINTIFF000757



TTWILL11
PO Box 1099
Wixom MI  48393-1099

**ADDRESS SERVICE REQUESTED**

PRESOR
FIRST CLASS
US POSTAGE
DPCH

0016081800

8        201793021

Yury Shadrin
3952 Forest Valley Rd
Parkville MD 21234-1400

PLAINTIFF000758

| Consumer Information | |
|---|---|
| Williams & Fudge, Inc. Consumer ID # | ▉▉▉▉ |
| Williams & Fudge, Inc. Pin # | ▉▉▉ |
| Amount Due for Accounts Listed Below | $15,452.61 |

**WILLIAMS & FUDGE, INC.**
300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-551-5772
TTY: 1-866-220-2920

August 16, 2016

## Account(s) Details

| Creditor | Account # | Amount Owed |
|---|---|---|
| BANK OF AMERICA, N.A | SL1▉▉▉3939 | 15,452.61 |
| | | $15,452.61 |

We represent the above creditor(s) to collect the total amount from you in connection with a delinquent debt.

There have been many attempts to contact you in an effort to resolve this debt. We want to find a way to work with you in order to clear this outstanding balance. As of this date we have not been able to resolve the above account(s) with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s). You may contact my office at the extension below or communicate with me via my email address below with your intentions.

As of the date of this letter, the amount placed into collections is $15,452.61. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an additional balance may remain after we receive your payment. For further information, write or call the undersigned.

Williams & Fudge, Inc.
Portia Chisolm
803-326-1246
Pchisolm@wfcorp.Com

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

PLAINTIFF000759