# EXHIBIT Y

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

STUDENT LOAN SOLUTIONS, LLC,

                   Plaintiff,

     vs.

PATRICIA SHAW,

                   Defendant.

NO.  20-2-02306-0 SEA

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

THIS MATTER came before the Court on Defendant/Counter-Plaintiff's Motion for Partial Summary Judgment, and a hearing was held on September 11, 2020,

In addition to the Motions, Responses, and Reply briefing, the Court considered the following materials:

- Declaration of Patricia Shaw and exhibits thereto;

- Declaration of T. Tyler Santiago and exhibits thereto;

- Declarations submitted by Student Loan Solutions, LLC, if any

Based upon the foregoing, the Court hereby rules as follows:

ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE, WA 98104
(206) 395-2665/F (206) 395-2719

Defendant's Motion for Partial Summary Judgment is GRANTED in its entirety. The Court finds that there are no genuine issues of material fact as to the following:

- Defendant does not owe money for "Loan 2" (as pleaded in paragraph 3 of Plaintiff's complaint), as it is barred by the statute of limitations, and Plaintiff lacks sufficient proof that it owns the debt, or that the debt is owed. The documents attached to the Plaintiff's response are insufficiently authenticated for consideration. Specifically, any Bank of America documents attached to Christopher Ruh's declaration are outside the scope of Mr. Ruh's knowledge. He can say SLS received the records from Bank of America, but cannot say how Bank of America maintained those records sufficiently to establish they are business records under the evidence rules. Similarly, the National Collegiate Trust records that are attached to Michael O'Meara's declaration are insufficiently authenticated. Mr. O'Meara can authenticate the discovery responses (Exhibit C), but there is no appropriate authentication of letters from National Collegiate Trust to Ms. Shaw. Without these documents, there is no evidence of modification or acquiescence to Rhode Island law. Even with these documents, there is insufficient demonstration that Ms. Shaw agreed to modification of any terms of the contract.

- Plaintiff Student Loan Solutions, LLC ("SLS") is a debt collector as defined in 15 U.S.C. § 1692a(6), and a collection agency as defined in RCW 19.16.100(4). Even before considering the letters from William & Fudge attached to Ms. Shaw's reply brief, the other files and pleadings in this case leave little doubt that SLS is a debt collector.

- Defendant, Patricia Shaw, is a consumer as defined in 15 U.S.C. § 1692a(6) and a debtor as defined in RCW 19.16.100(7)

- Plaintiff SLS demanded money and interest not owed in all communications with Ms. Shaw, as there is no plausible way in which she owes money to SLS for Loan 2.

Thus, the claim for Loan 2 in Plaintiff's complaint is dismissed WITH PREJUDICE.

Additionally, SLS' collection efforts on Loan 2 constitute violations of 15 U.S.C. §§ 1692e, 1692e(2), 1692e(10), 1692f, and 1692f(1). These collection efforts include:

- Misrepresenting on multiple occasions that Loan 2 was accelerated in May 2019, when in fact it had been accelerated in 2009.
- Filing and serving a lawsuit on Ms. Shaw on Loan 2 when bringing such suit was barred by the statute of limitations.
- Representing that money was owed on Loan 2 in a collection letter and a lawsuit.

ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE, WA 98104
(206) 395-2665/F (206) 395-2719

Additionally, these collection efforts constitute violations of RCW 19.16.250(21) and (23), because Ms. Shaw did not owe money on Loan 2 and it sued on a debt that was barred by the statute of limitations.

The amount of Plaintiff's damages will be determined at trial.  Plaintiff is entitled to attorney's fees pursuant to 15 U.S.C. §1692k and RCW 19.86.090.

IT IS SO ORDERED.

DONE this 14th day of September, 2020.

Electronic signature attached
THE HONORABLE MELINDA YOUNG

**ANDERSON SANTIAGO, PLLC**

By: __/s/ T. Tyler Santiago__
T. Tyler Santiago, WSBA# 46004
Attorneys for Plaintiff

ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE, WA 98104
(206) 395-2665/F (206) 395-2719

King County Superior Court
Judicial Electronic Signature Page

Case Number:     20-2-02306-0
Case Title:      STUDENT LOAN SOLUTIONS VS SHAW

Document Title:  ORDER

Signed by:       Melinda Young
Date:            9/14/2020 9:29:15 AM

_____

Judge/Commissioner: Melinda Young

This document is signed in accordance with the provisions in GR 30.
Certificate Hash:          FEAB79F8D7B654276C047CA9066C1C82338C6276
Certificate effective date: 7/16/2018 2:01:53 PM
Certificate expiry date:   7/16/2023 2:01:53 PM
Certificate Issued by:     C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
                           O=KCDJA, CN="Susan Craighead:
                           HBiL24r95BGrENRmHl1GsA=="