

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2025

February 26, 2025

<u>VIA ECF</u>
Hon. Mary Kay Vyskocil
U.S. District Court, Southern District of New York
500 Peal Street, Room 2230
New York, NY 10007

      Re:  *Dawson v. Student Loan Solutions, LLC* – Case No.: 23-cv-9690

Dear Judge Vyskocil:

We are counsel for Defendant Student Loan Solutions, LLC ("SLS") in the above matter.

Please let this letter serve as SLS's request for a 7-day extension of time through March 7, 2025 to file its Motion and Brief in support of its own Motion for Summary Judgment and Brief Opposing Plaintiff's Motions for Summary Judgment and Class Certification and (collectively the "Joint Brief"). The current deadline for the Joint Brief is February 28, 2025.

If the Court grants SLS's request, the parties jointly request that the remaining briefing deadlines also be extended by 7-days as follows:

- Plaintiff's Reply Brief / Opposition to SLS's Motion for Summary Judgment from March 19, 2025 to March 26, 2025; and

- SLS's Reply Brief from April 4, 2025 to April 11, 2025.

Pursuant to your Honor's Individual Rules, this is SLS's first request for an extension of time to file its Joint Brief and the basis for the request that there are serval complex issues embedded in the 3 motions at issue that require briefing and SLS requires additional time to address each issue.

Pursuant to my communication with Plaintiff's counsel, Plaintiff does not oppose this request.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS LLP

/s *Brendan H. Little*

Brendan H. Little

BHL/bmo

**Granted. SO ORDERED.**

Date: 2/28/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Brendan H. Little  |  Partner  |  blittle@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   lippes.com

**New York:** Albany, Buffalo, Long Island, New York City, Rochester  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**