UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROXANNE DAWSON

    Plaintiff,

vs.

STUDENT LOAN SERVICES, LLC
ROACH & MURTHA ATTORNEYS AT LAW, P.C.

    Defendants.

---

Case No.: 1:23-cv-09690

s

# DEFENDANT STUDENT LOAN SOLUTIONS, LLC'S
## MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendant Student Loan Solutions, LLC ("Defendant"), by and through its attorneys, hereby moves, pursuant to Federal Rules of Civil Procedure 56(a), for an Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff Roxanne Dawson's Complaint in its entirety. In support of this Motion, Defendant relies on the Memorandum of Law in Support of Defendant's Motion, Statement of Material Facts, the Declaration of Christopher Ruh, with annexed exhibit, and the Declaration of Brendan H. Little, Esq., with annexed exhibits, all filed simultaneously herewith.

Dated: March 7, 2025

                      **LIPPES MATHIAS LLP**

                      s/ Brendan H. Little
                      Brendan H. Little, Esq.
                      Attorneys for Defendant
                      50 Fountain Plaza, Suite 1700
                      Buffalo, NY 14202
                      P: 716-853-5100
                      F: 716-853-5199
                      E: blittle@lippes.com