USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANNE DAWSON, individually and on behalf of all persons similarly situated,

                        Plaintiff,

-against-

STUDENT LOAN SOLUTIONS, LLC and ROACH & MURTHA ATTORNEYS AT LAW, P.C.,

                        Defendants.

No. 23 Civ. 9690 (MKV)

**Motion to Withdraw as Counsel by Attorney Jessica Ranucci**

Pursuant to Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Jessica Ranucci respectfully requests leave to withdraw as counsel for Plaintiff in the above-captioned case, and an order directing the Clerk of Court to remove her name from the CM/ECF filings service list for this matter. Ms. Ranucci will be leaving the New York Legal Assistance Group effective April 15, 2025. Her withdrawal will cause no delay or prejudice as Plaintiff will continue to be capably represented by Danielle Tarantolo and Andrea Ashburn of the New York Legal Assistance Group. Ms. Ranucci is not asserting a retaining or charging lien.

Dated: April 10, 2025

                                          */s/ Jessica Ranucci*

                                          Jessica Ranucci
                                          NEW YORK LEGAL ASSISTANCE GROUP
                                          100 Pearl Street, 19th Floor
                                          New York, NY 10004
                                          (212) 613-7578
                                          jranucci@nylag.org
                                          *Withdrawing Attorney for Plaintiff*

**Granted. SO ORDERED.**

Date: 4/16/2025
New York, New York

                *Mary Kay Vyskocil*
                Mary Kay Vyskocil
                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROXANNE DAWSON, individually and on behalf of all persons similarly situated,<br><br>         Plaintiff,<br><br>  -against-<br><br>STUDENT LOAN SOLUTIONS, LLC and ROACH & MURTHA ATTORNEYS AT LAW, P.C.,<br><br>         Defendants. | No. 23 Civ. 9690 (MKV) |

**CERTIFICATE OF SERVICE FOR
MOTION TO WITHDRAW AS COUNSEL BY ATTORNEY JESSICA RANUCCI**

I, Jessica Ranucci, hereby certify that:

On April 10, 2025, I served the Motion to Withdraw as Counsel by Attorney Jessica Ranucci on Plaintiff Roxanne Dawson by first-class mail and email.

On April 10, 2025, I served the Motion to Withdraw as Counsel by Attorney Jessica Ranucci on counsel for Defendant Student Loan Solutions, LLC by email.

Dated: April 10, 2025

              */s/ Jessica Ranucci*

              Jessica Ranucci
              NEW YORK LEGAL ASSISTANCE GROUP
              100 Pearl Street, 19th Floor
              New York, NY 10004
              (212) 613-7578
              jranucci@nylag.org
              *Withdrawing Attorney for Plaintiff*