```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROXANNE DAWSON,

                Plaintiff,

-against-

STUDENT LOAN SOLUTIONS, LLC and
ROACH & MURTHA ATTORNEYS AT
LAW, P.C.,

                Defendants.

1:23-cv-09690-MKV

**SCHEDULING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the parties' joint letter requesting to meet with the Magistrate Judge assigned to this case for settlement. [ECF No. 111].

    IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference on **March 9, 2026 at 2:00 PM**. The parties are directed to dial 646 453-4442 and use Conference ID 205 280 030#.

**SO ORDERED.**

Date:  **March 6, 2026**
       **New York, NY**

                                                **MARY KAY VYSKOCIL**
                                                United States District Judge