USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANNE DAWSON,

Plaintiff,

-against-

STUDENT LOAN SOLUTIONS, LLC and
ROACH & MURTHA ATTORNEYS AT
LAW, P.C.,

Defendants.

1:23-cv-09690-MKV

**ORDER STAYING CASE**

MARY KAY VYSKOCIL, United States District Judge:

On March 9, 2026, the Court held a telephonic conference in light of the parties' joint letter stating their wish to explore settlement before the designated Magistrate Judge for this case. Danielle Tarantolo appeared on behalf of Plaintiff and Brendan Little appeared on behalf of Defendant Student Loan Solutions, LLC.

In accordance with the matters discussed at the conference, IT IS HEREBY ORDERED that this case is STAYED. The court will separately enter an order of reference to the designated Magistrate Judge for purposes of settlement.

IT IS FURTHER ORDERED that, within three days of any scheduled settlement conference, (or if settlement talks break down beforehand), the parties shall submit a joint letter to the Court advising of the status, but not the substance, of settlement discussions. Should the parties be unable to reach a settlement, the Court will lift the stay.

IT IS FURTHER ORDERED that the parties will file a joint letter informing the Court of when a settlement conference will take place once scheduled.

**SO ORDERED.**

**Date:  March 9, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**