**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                          :

ROXANNE DAWSON,                       :

        Plaintiff,           :        23-cv-9690 (MKV) (OTW)

                          :

        -against-           :           **ORDER**

                          :

STUDENT LOAN SOLUTIONS, LLC, et al.,  :

        Defendants.       :

                          :

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, July 30, 2026 at**

**10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

                                   *s/ Ona T. Wang*

Dated: June 9, 2026                      **Ona T. Wang**
      New York, New York          United States Magistrate Judge